IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALKER INTERNATIONAL HOLDINGS LIMITED<br><br>Plaintiff,<br><br>v.<br><br>REPUBLIC OF THE CONGO, *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 00-2987 (JR)<br>)<br>)<br>)<br>) |

## JUDGMENT

The Final Award issued by the International Chamber of Commerce, International Court of Arbitration (attached as Ex. A to the complaint) is CONFIRMED and JUDGMENT is entered against defendants Republic of the Congo and Caisse Congolaise D'Amortissement for $26,093,251.00.

FILED
MAR 1 5 2002
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Honorable James Robertson
United States District Judge

ECF DOCUMENT

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.
Date Filed: 3/15/02
By: _____ NANCY MAYER-WHITTINGTON, CLERK
9/21/04

Copies to:

Jonathan P. Graham, Esq.
Williams & Connolly LLP
725 12th St., N.W.
Washington, DC 20005

Republic of the Congo
c/o Head of the Ministry of Foreign Affairs
BP 98
Brazzaville, Congo

(N)

Caisse Congolaise D'Amortissement
BP 2090
Brazzaville, Congo

Caisse Congolaise D'Amortissement
c/o Head of the Ministry of Foreign Affairs
BP 98
Brazzaville, Congo