# Greenberg Traurig

Joseph B. Cicero
Tel. (302) 661-7391
Fax (302) 661-7360
ciceroj@gtlaw.com

August 5, 2005

**VIA HAND DELIVERY**

Mr. Peter T. Dalleo
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   Miscellaneous Case/Registration of Judgment

Dear Mr. Dalleo:

Enclosed please find a Form AO 451 and a certified copy of a Judgment entered by the United States District Court for the District of Columbia against the Republic of the Congo and Caisse Congolaise D'Amortissement for $26,093,251.00. I have also enclosed a floppy disk containing these documents so that they may be filed on the Court's CM/ECF system.

As I have enclosed a check in the amount of $39.00, please take the necessary steps to open a miscellaneous case and to register this judgment. In addition, once the miscellaneous case is opened, please list Paul D. Brown (#3903) and myself as the attorneys of record.

Please contact me if you have any questions or concerns.

Respectfully submitted,

*[signature]*

Joseph B. Cicero (#4388)

Enclosures

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SILICON VALLEY
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
WILMINGTON
ZURICH