UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WALKER INTERNATIONAL HOLDINGS : 
LIMITED
: 
       Plaintiff
:
       v.                               Case Number 1:05-mc-156
:
REPUBLIC OF THE CONGO, et al.,  :
       Defendants            :

## PRAECIPE

TO:   THE UNITED STATES MARSHALL FOR THE STATE OF DELAWARE,

PLEASE ISSUE WRIT OF EXECUTION AND ATTACHMENT FIERI FACIAS (GARNISHMENT) to The United States Marshall for the State of Delaware for Service upon CMS Nomeco Congo, Inc., **c/o its Registered Agent, Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801**.

                                          Paul D. Brown (#3903)
                                          Joseph B. Cicero (#4388)
                                          Greenberg Traurig, LLP
                                          1000 West Street, Suite 1540
                                          Wilmington, DE  19801

Dated: August 9, 2005            *Attorneys for Plaintiff*

DEL-FS1\147178v01