**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| WALKER INTERNATIONAL HOLDINGS LIMITED | 1:05-mc-156 |
| DEFENDANT | TYPE OF PROCESS |
| CMS Nomeco Congo., c/o its Registered Agent Corp. Trust Co. | Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

CMS Nomeco Congo c/of Corporation Trust Company
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 1209 Orange Street, Wilmington, DE 19801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Paul D. Brown, Esquire
Greenberg Traurig
1000 W. Street
Suite 1540
Wilmington, DE 19808

| | |
|---|---|
| Number of process to be served with this Form - 285 | 02 |
| Number of parties to be served in this case | 01 |
| Check for service on U.S.A. | $45.00 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

/Corporation Trust Co. is CMS' Registered Agent
The Address for Corporation Trust Co. is: 1209 Orange Street, Wilmington, DE 19801
Corporation Trust Co. Business Hours are: 8:30 A.M. to 4:30 P.M.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 302-661-7000
DATE: 8/10/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 15 | No. 15 | [signature] | 8-10-05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):
BRIAN PENROD, HEAD PROCESS SECT

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 8-10-05   Time: 1405 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | — | — | 45.00 | 45.00 | —0— | —0— |

REMARKS:

FILED
AUG 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

United States Marshal's Return for District of Delaware

I hereby certify and return that I served the annexed **WRIT OF EXECUTION** on the there-in named **CMS NOMECO CONGO** by handling to and leaving a true and correct copy thereof with **BRIAN PENROD** personally at **1209 ORANGE** in the said District on the **10** day of **AUGUST 2005**

Marshal's Fees
Mileage

United States Marshal

By _____
                    Deputy



FILED
AUG 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE