## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WALKER INTERNATIONAL HOLDINGS  :
LIMITED

                                :

           **Plaintiff**            :

           v.                       :        **Case Number 1:05-mc-156**

                                :

**REPUBLIC OF THE CONGO, et al.,**   :

           **Defendants**           :


## NOTICE OF SUIT

TO:   Directeur General de la Caisse Congolaise   Republic of the Congo
      d'Amortissement                         c/o Head of the Ministry of Foreign
      BP 2090                              Affairs
      Brazzaville, Congo                 Rodolphe Adada
                                  BP 98
                                  Brazzaville, Congo

      Registered Mail                 Registered Mail
      Return Receipt Requested        Return Receipt Requested

      Minstre de l'Economie, des Finances et   United States Corporation Company
      du Budget                             (Registered Agent for Republic
      Centre Administratiff, Quartier Plateau   of Congo)
      BP 2093                             1133 Avenue of the Americas,
      Brazzaville, Congo                 Suite 3100
                                    New York, New York  10036

      Registered Mail                 Certified Mail
      Return Receipt Requested        Return Receipt Requested

      Mr. Boaz S. Morag
      Cleary, Gottlieb, Steen & Hamilton
      One Liberty Plaza
      New York, New York  10006

      Certified Mail
      Return Receipt Requested

1.    **Title of legal proceeding; full name of court, case or docket number:**

*Walker International Holdings Limited v. The Republic of the Congo, et al.*; in the United States District Court for the District of Columbia; Civil Action No. 00-2987(JR). A judgment in favor of plaintiff Walker International Holdings Limited in the above referenced action was registered in the United States District Court for the District of Delaware by way of the following action: Miscellaneous Action No. 1:05-MC156. An application for a writ of execution has also been filed: *Walker International Holdings Limited v. The Republic of the Congo*, Miscellaneous Action No. 1:05-MC156. The garnishee under the writ of execution is CMS Nomeco Congo, Inc., a Delaware corporation.

2.    **Name of foreign state (or political subdivision) concerned:**

Defendant/Judgment Debtor: Republic of Congo.

3.    **Identity of other parties:**

Plaintiff/Judgment Creditor: Walker International Holdings Limited

Garnishee: CMS Nomeco Congo, Inc.

4.    **Nature of documents served (e.g., summons and complaint; default judgment):**

A. Registration of Judgment of United States District Court for the District of Columbia (attached).

B. Application for Issuance of Writ of Execution and Attachment *Fieri Facias* (Garnishment) (attached).

C. Writ of Execution (attached)

5.    **Nature and purpose of the proceeding; why the foreign state (or political subdivision) has been named; relief requested:**

This is a notice of suit in an action to register in the United States District Court for the District of Delaware a judgment of the United States District Court for the District of Columbia. On March 15, 2002, the United States District Court for the District of Columbia entered a final judgment in Cause No. 00-2987(JR) in favor of Plaintiff, Walker International Holdings Limited and against Defendants The Republic of Congo and Caisse Congolaise D'Amortissement for $26,093,251.00, plus interest and costs, based upon an Arbitration Award issued by the International Chamber of Commerce. The Republic of Congo was named in this action because it is a defendant and judgment debtor in the proceeding in the United States District Court for the District of Columbia of which it had notice, but elected not to defend. The relief sought in this action and the garnishment action referenced above is to enable Plaintiff to execute on any assets of, or debts owned to, the Republic of Congo that are within the jurisdiction of the United States

District Court for the District of Delaware. If the Court issues a writ of garnishment to enforce the judgment, the money and property of the Republic of Congo could be taken without further warning from the Court.

6.    Questions relating to state immunities and to the jurisdiction of United States courts over foreign states are governed by the Foreign Sovereign Immunities Act of 1976, which appears in Sections 1330, 1391(f), 1441(d), and 1602 through 1611 of Title 28, United States Code (Pub. L. 94-583; 90 Stat. 2891). A copy of the Foreign Sovereign Immunities Act is attached.

| **GREENBERG TRAURIG LLP** | **GREENBERG TRAURIG LLP** |
|---|---|
| Sanford M. Saunders, Jr. | |
| Kenneth P. Kaplan | |
| 800 Connecticut Avenue, N.W. | Paul D. Brown (No. 3903) |
| Suite 500 | Joseph B. Cicero (No. 4388) |
| Washington, DC  200006 | The Brandywine Building |
| (202) 331-3100 | 1000 West Street, Suite 1540 |
| | Wilmington, DE 19801 |
| | (302) 661-7000 |
| *Attorneys   for   Walker   International Holdings Limited* | *Attorneys   for   Walker   International Holdings Limited* |
| Dated: August 31, 2005 | |