## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WALKER INTERNATIONAL HOLDINGS :
LIMITED

                   **Plaintiff**       :

                                 :

         v.                  :     **Case Number 1:05-mc-156**

                                 :

**REPUBLIC OF THE CONGO, et al.,**   :   **WRIT OF EXECUTION**

            **Defendants**     :

**TO:**   **THE UNITED STATES MARSHALL FOR THE STATE OF DELAWARE,**
you are commanded:

    To serve this attachment on **CMS Nomeco Congo., c/o its Registered Agent, Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801,** to attach the money, goods, chattels, credits and effects, stocks, bonds, personal property, and/or real estate of **Republic of the Congo, et al.,** to satisfy a debt owed to the above named plaintiff by the defendant in the amount of $26,093,251.00 according to the judgment of the United States District Court for the District of Delaware, case number 1:05-mc-156.

       **To the defendant's garnishee who is served this paper:**

    The United States District Court of the District of Delaware requires you to inform **PAUL D. BROWN, ESQUIRE, 1000 West Street, Suite 1540, Wilmington, Delaware, 19801 (302) 661-7000,** of all money, goods, credits and effects, stock, bonds, personal property, and/or real estate belonging to the defendant you currently possess. As the Garnishee, you are to retain the items stated by you in response to the above. You are to hold these items until another order of this Court releases you from this obligation. **You must do this within 20 days after service of this writ upon you, not counting the day that you received this writ.**  Your failure to respond may result in a default judgment against you for the amounts the defendant owes as shown below.  The amounts the defendant owes are:

Debt: $26,093.251.00
Interest:  Per 29 USC 1132(g)(2)(B) and 26 USC 6621, as amended, from 3/15/02
       until paid in full
Filing & Execution Fees: $39.00
U.S. Marshal:  $45.00

Issued: _____    Clerk:_____

Return this Writ on or before :_____    per Deputy: _____