# EXHIBIT C

LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

TOBIN J. ROMERO
(202) 434-5140
tromero@wc.com

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 11, 2002

**BY HAND DELIVERY**

Amber Todd
Clerk's Office
United States District Court
 for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

   Re: *Walker International Holdings Limited v. Republic of the Congo, et al.*, Civil Action No. 00-2987 (JR)

Dear Ms. Todd:

  Pursuant to our conversation of June 11, 2002, enclosed please find two copies of the following documents to be sent, by certified mail return receipt requested, to the Director of Special Consular Services, Department of State, CAOCS/PRI, Suite 2100, 1800 G Street, N.W., Washington, D.C. 20520, Attn: Luke Bellochi, Esq. (202) 312-9718 for service on the following entities pursuant to 28 U.S.C. § 1608(a)(4):

**Republic of the Congo c/o Head of the Ministry of Foreign Affairs**

  1. Default Judgment;

  2. Notice of Default Judgment to the Republic of the Congo; and

  3. Affidavit of Sylvie Day attaching translations.



WILLIAMS & CONNOLLY LLP

**Caisse Congolaise D'Amortissement c/o Head of the Ministry of Foreign Affairs**

4. Default Judgment;

5. Notice of Default to Caisse Congolaise D'Amortissement; and

6. Affidavit of Sylvie Day attaching translations.

Also enclosed for delivery to the State Department is a letter from me explaining that we have exhausted other methods of service under § 1608(a). For your convenience, I have also enclosed an envelope addressed to the Director of Special Consular Services. Please give me a call if you have any questions. Thank you for your attention to this matter.

Very truly yours,

Tobin J. Romero

Enclosures