UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WALKER INTERNATIONAL HOLDINGS : 
LIMITED

          Plaintiff
: 

   v.                               Case Number 1:05-mc-156
: 

REPUBLIC OF THE CONGO, et al.,  :

          Defendants         :

### ORDER

The Court, having considered the praecipe and motion of plaintiff/judgment creditor Walker International Holdings, Inc. ("Walker") for an order directing the Clerk of this Court to issue a writ of garnishment on CMS Nomeco Congo, Inc. (the "Motion"), and for good cause shown, it is hereby ORDERED that:

    A.    The Motion is GRANTED; and

    B.    In accordance with 28 U.S.C. § 1610 (c), the Court directs the Clerk of the Court to issue a writ of garnishment on CMS Nomeco Congo, Inc. in aid of Walker's execution of an underlying judgment against defendants/judgment debtors.

                                                  _____
                                                  United States District Court Judge

Dated: September ___, 2005