# Greenberg Traurig

Paul D. Brown
Tel. 302.661.7380
Fax 302.661.7360
brownp@gtlaw.com

September 1, 2005

VIA E-FILING

Mr. Peter T. Dalleo
United States District Court
District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: **Walker International Holdings, Inc. v. The Republic of the Congo, et al.,**
Case Number 1:05-mc-156

Dear Dalleo:

    This firm represents plaintiff/judgment creditor Walker International Holdings, Inc. ("Walker") in connection with the above-referenced miscellaneous action. We write to correct a typographical error in Plaintiff/Judgment Creditor's Praecipe and Motion for Writ of Attachment *Fieri Facias* (the "Motion") (D.I. 5), which was filed yesterday. The second sentence of Paragraph 1 of the Motion currently reads: "Defendants have been diligently seeking to collect on this judgment since July 2000." That sentence should read as follows: "Plaintiff has been diligently seeking to collect on this judgment since July 2000."

    We apologize for any inconvenience. Counsel is available at the convenience of the Court should you have any questions or concerns.

Respectfully submitted,

Paul D. Brown (No. 3903)

Cc: Directeur General de la Caisse Congolaise d 'Amortissement
Republic of the Congo c/o Head of the Ministry of Foreign Affairs
Minstre de l'Economie, des Finances et du Budget
United States Corporation Company (Registered Agent for Republic of Congo)
Mr. Boaz S. Morag
The Corporation Trust Company (Registered Agent for CMS Nomeco Congo, Inc.)

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SILICON VALLEY
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
WILMINGTON
ZURICH