## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER INTERNATIONAL HOLDINGS LIMITED | : |
| | : |
| Plaintiff | : |
| | : |
| v. | Case Number 1:05-mc-156 |
| | : |
| REPUBLIC OF THE CONGO, et al., | : |
| | |
| Defendants | : |

### NOTICE OF SERVICE

I hereby certify that one copy of the **Notice of Suit, Motion for Writ of Attachment *Fieri* Facias,** [proposed] **Order Directing Clerk to Issue Writ of Garnishment,** [proposed] **Writ of Garnishment, Registration of Judgment,** and **Letter of Correction to Clerk** was served on the 1st day of September, 2005 on the following in the manner indicated below:

| | |
|---|---|
| Directeur General de la Caisse Congolaise d'Amortissement<br>BP 2090<br>Brazzaville, Congo | Republic of the Congo<br>c/o Head of the Ministry of Foreign Affairs<br>Rodolphe Adada<br>BP 98<br>Brazzaville, Congo |
| **Registered Mail RB669332975 US Return Receipt Requested** | **Registered Mail RB 669332984 US Return Receipt Requested** |

| | |
|---|---|
| Minstre de l'Economie, des Finances et du Budget<br>Centre Administratiff, Quartier Plateau<br>BP 2093<br>Brazzaville, Congo | United States Corporation Company<br>(Registered Agent for Republic of Congo)<br>1133 Avenue of the Americas,<br>Suite 3100<br>New York, New York  10036 |
| **Registered Mail RB 669332967 US**<br>**Return Receipt Requested** | **Certified Mail**<br>**70001670001161804987**<br>**Return Receipt Requested** |
| Mr. Boaz S. Morag<br>Cleary, Gottlieb, Steen & Hamilton<br>One Liberty Plaza<br>New York, New York  10006 | CMS Nomeco Congo, Inc.<br>c/o Registered Agent<br>The Corporation Trust<br>1209 Orange Street<br>Wilmington, DE  19801 |
| **Certified Mail  70001670001161804970**<br>**Return Receipt Requested** | Hand Delivery |

_____
Paul D. Brown (#3903)

DEL-FS1\148089v01