A :   République du Congo                      Par courrier recommandé
      a/s Chef du Ministère des affaires étrangères    Demande d'accusé de réception
      BP 98
      Brazzaville, Congo

## AVIS DE PURSUITES

1. **Titre des procédures judiciaires ; nom complet du tribunal, numéro de cause ou de répertoire :**

*Walker International Holdings Limited v. The Republic of the Congo, et al .;* devant le Tribunal fédéral de première instance des Etats-Unis pour le District de Columbia ; action civile n° 00-2987(JR). Un jugement en faveur de la demanderesse Walker International Holdings Limited dans l'action à laquelle il est fait référence ci-dessus a été enregistré dans le Tribunal fédéral de première instance des Etats-Unis pour le District du Delaware au moyen de l'action suivante : action spéciale n° 1:05-MC156. Une demande de bref d'exécution a également été déposée : *Walker International Holdings Limited v. The Republic of the Congo*, action spéciale n° 1:05-MC156. La tierce saisie en vertu du bref d'exécution est CMS Nomeco Congo, Inc., une société anonyme régie par le droit du Delaware.

2. **Nom de l'état étranger (ou de la subdivision politique) concerné :**

Défenderesse/débitrice du jugement : République du Congo.

3. **Identité des autres parties :**

Demanderesse/créancière du jugement : Walker International Holdings Limited

Tierce saisie : CMS Nomeco Congo, Inc.

4. **Nature des documents signifiés (par exemple, assignation et plainte ; jugement par défaut) :**

A. Enregistrement du jugement du Tribunal fédéral de première instance des Etats-Unis pour le District de Columbia (ci-joint).

B. Demande visant à obtenir l'émission d'un bref d'exécution et de saisie *Fieri Facias* (saisie-arrêt) (ci-jointe)

C. Ordre au Marshall des Etats-Unis pour l'Etat du Delaware (ci-joint)

387061

D. Bref d'exécution (ci-joint)

5. **Nature et but des procédures ; motifs pour lesquels l'état étranger (ou la subdivision politique) a été nommé ; redressement demandé :**

Il s'agit d'un avis de poursuites dans une action visant à enregistrer au Tribunal fédéral de première instance des Etats-Unis pour le District du Delaware un jugement prononcé par le Tribunal fédéral de première instance des Etats-Unis pour le District de Columbia. Le 15 mars 2002, le Tribunal fédéral de première instance des Etats-Unis pour le District de Columbia a prononcé un jugement définitif dans l'affaire n° 00-2987(JR) en faveur de la demanderesse Walker International Holdings Limited et contre les défenderesses, la République du Congo et Caisse congolaise d'amortissement, pour la somme de $26.093.251,00, à laquelle s'ajoutent les intérêts et les dépens, sur la base d'une sentence arbitrale émise par la Chambre de commerce internationale. La République du Congo a été nommée dans la présente action parce qu'elle est une défenderesse et débitrice de jugement dans les procédures intentées devant le Tribunal fédéral de première instance des Etats-Unis pour le District de Columbia dont elle a été avisée mais où elle a choisi de ne pas déposer de défense. Le redressement recherché dans la présente action et dans l'action de saisie-arrêt à laquelle il est fait référence ci-dessus consiste à permettre à la demanderesse d'exécuter le jugement sur tout bien de la République du Congo, ou toute créance due à cette dernière, qui est situé dans la juridiction du Tribunal fédéral de première instance des Etats-Unis pour le District du Delaware. Si le tribunal émet un bref de saisie-arrêt pour exécuter le jugement, les sommes d'argent et les biens de la République du Congo pourraient être pris sans autre avertissement de la part du tribunal.

6. Les questions concernant les immunités des états et la compétence des tribunaux des Etats-Unis sur des états étrangers sont régies par la loi Foreign Sovereign Immunities Act de 1976, qui apparaît aux articles 1330, 1391(f), 1441(d), et 1602 à 1611 du Titre 28, United States Code (Pub. L. 94-583 ; 90 Stat. 2891). Une copie de la loi Foreign Sovereign Immunities Act est jointe au présent avis.

| GREENBERG TRAURIG LLP<br>Sanford M. Saunders, Jr.<br>Kenneth P. Kaplan<br>800 Connecticut Avenue, N.W.<br>Suite 500<br>Washington, DC  200006<br>(202) 331-3100 | GREENBERG TRAURIG LLP<br><br>_____<br>Paul D. Brown (No. 3903)<br>Joseph B. Cicero (No. 4388)<br>The Brandywine Building<br>1000 West Street, Suite 1540<br>Wilmington, DE 19801 |
|---|---|

|  | (302) 661-7000 |
|---|---|
| *Avocats de Walker International Holdings Limited* <br><br> Date : ___ août 2005 | *Avocats de Walker International Holdings Limited* |

TRIBUNAL FEDERAL DE PREMIERE INSTANCE DES ETATS-UNIS
POUR LE DISTRICT DU DELAWARE

WALKER INTERNATIONAL HOLDINGS : 
LIMITED

                Demanderesse          :

    contre          :        Affaire numéro 1:05-mc-156

                :

REPUBLIQUE DU CONGO, et autres,   :   BREF D'EXECUTION

              Défenderesses          :

AU MARSHALL DES ETATS-UNIS POUR LE DISTRICT DU DELAWARE,
    Nous vous ordonnons par les présentes :

    de signifier cette saisie à **CMS Nomeco Congo., a/s de son agent enregistré, Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801**, afin de saisir l'argent, les marchandises, les possessions, les créances et les effets, les actions, les obligations, les biens meubles et/ou les biens immeubles de la **République du Congo, et autres,** en satisfaction d'une dette due à la demanderesse susnommée par la défenderesse au montant de $26.093.251,00 en vertu du jugement du Tribunal fédéral de première instance des Etats-Unis pour le District du Delaware, affaire numéro 1:05-mc-156.

    **A la tierce saisie de la partie défenderesse à qui le présent document est signifié :**

    Le Tribunal fédéral de première instance des Etats-Unis pour le District du Delaware vous oblige à informer **Me PAUL D. BROWN, 1000 West Street, Suite 1540, Wilmington, Delaware, 19801 (302) 661-7000,** de l'ensemble des sommes d'argent, marchandises, créances et effets, actions, obligations, biens meubles et/ou biens immeubles appartenant à la défenderesse que vous avez actuellement en votre possession. A titre de tierce saisie, vous devez conserver les biens que vous avez mentionnés en réponse à ce qui précède. Vous devez conserver ces biens jusqu'à ce qu'une autre ordonnance du présent tribunal vous libère de cette obligation. **Vous devez vous y conformer dans un délai de 20 jours suivant la signification qui vous est faite de ce bref d'exécution, sans compter le jour de la réception de ce bref.** Votre omission de répondre peut entraîner le prononcé d'un jugement par défaut contre vous pour les montants dûs par la défenderesse qui sont indiqués ci-après. Les montants dûs par la défenderesse sont les suivants :

Dette :  $26.093.251,00
Intérêts :  Conformément à l'article 1132(g)(2)(B) du 29 United States Code et l'article 6621 du United States Code, comme amendés, depuis le 15/3/02
    jusqu'au paiement intégral

DEL-FS1\147181v02

Frais de dépôt et d'exécution : $39,00
Marshall des Etats-Unis : $45,00

Emis : _____    Greffier :_____
Ce bref doit être retourné le ou avant le :_____par           adjoint           :
_____