TRIBUNAL FEDERAL DE PREMIERE INSTANCE DES ETATS-UNIS
POUR LE DISTRICT DU DELAWARE

WALKER INTERNATIONAL HOLDINGS : 
LIMITED

: 

Demanderesse

:

contre                                    Affaire numéro 1:05-mc-156

:

REPUBLIQUE DU CONGO, et autres, :

Défenderesses                   :

## ORDONNANCE

Ayant examiné la requête de la demanderesse/créancière de jugement Walker International Holdings, Inc. (« Walker ») visant à obtenir une ordonnance donnant instructions au greffier du présent tribunal d'émettre un bref de saisie-arrêt à l'endroit de CMS Nomeco Congo, Inc. (la « requête »), et un motif valable ayant été montré, le tribunal ORDONNE par les présentes ce qui suit :

A.   La requête est ACCORDEE ; et

B.   Conformément à l'article 1610 (c) du 28 United States Code, le tribunal ordonne au greffier d'émettre un bref de saisie-arrêt à l'endroit de CMS Nomeco Congo, Inc. afin d'aider Walker à exécuter un jugement sous-jacent obtenu contre les défenderesses/débitrices du jugement.

_____
Juge du Tribunal fédéral de première
instance des Etats-Unis

Date :  ___ août 2005

DEL-FS1\brownp\147912v01\4GX801_.DOC\8/26/05