Attestation de jugement (AO 451 Rév. 3/00)

## TRIBUNAL FEDERAL DE PREMIERE INSTANCE DES ETATS-UNIS POUR LE DISTRICT DE COLUMBIA

**WALKER INTERNATIONAL HOLDINGS LIMITED**
  Demanderesse(s)

Action civile n° 00-2987 (JR)

  contre

**REPUBLIQUE DU CONGO, et autres,**
  Défenderesse(s)

### ATTESTATION DE JUGEMENT POUR ENREGISTREMENT DANS UN AUTRE DISTRICT

Je soussignée, NANCY MAYER-WHITTINGTON, greffier de ce Tribunal fédéral de première instance des Etats-Unis, atteste que le jugement ci-joint est une copie conforme et exacte du jugement d'origine prononcé dans la présente affaire le 15 mars 2002, comme il apparaît dans les registres de ce tribunal, et que :

X   Aucun avis d'appel de ce jugement n'a été déposé, et aucune requête de quelque espèce que ce soit précisée dans la Règle 4(a) des Règles fédérales de procédure en appel n'a été déposée.

Aucun avis d'appel de ce jugement n'a été déposé, et aucune requête de quelque espèce que ce soit précisée dans la Règle 4(a) des Règles fédérales de procédure en appel n'a fait l'objet d'une décision, la toute dernière ordonnance décidant d'une telle requête ayant été prononcée le : _____.

Un appel a été interjeté de ce jugement, et le jugement a été confirmé par une décision de la Cour d'Appel prononcée le : _____.

Un appel a été interjeté de ce jugement et l'appel a été rejeté par une décision prononcée le : _____.

EN FOI DE QUOI, j'appose ma signature et le sceau de ce tribunal le 22 septembre 2004.

NANCY MAYER-WHITTINGTON, greffier

Par : ____/signature illisible/_____
        Greffier adjoint

\* (REMARQUE : Les requêtes précisées dans la Règle 4(a) des Règles fédérales de procédure en appel sont les requêtes : pour jugement nonobstant le verdict ; pour amender ou faire des déterminations de fait supplémentaires ; pour modifier ou amender le jugement ; pour un nouveau procès ; et pour une prorogation du délai consenti pour déposer un avis d'appel.)

COUR DE DISTRICT (TRIBUNAL DE PREMIERE INSTANCE) DES
ETATS-UNIS D'AMERIQUE POUR LE DISTRICT DE COLUMBIA

| | |
|---|---|
| WALKER INTERNATIONAL HOLDINGS LIMITED<br><br>Le Plaignant,<br><br>contre<br><br>LA REPUBLIQUE DU CONGO, et autres<br><br>Les Défendeurs | Action civile N° 00-2987 (JR) |

[stamp]
DEPOSE
15 MARS 2002
NANCY MAYER-WHITTINGTON, GREFFIER
COUR DE DISTRICT (TRIBUNAL FEDERAL DE PREMIERE INSTANCE)
DES ETATS-UNIS D'AMERIQUE

JUGEMENT

La sentence finale prononcée par la Chambre de commerce international, la Cour internationale d'arbitrage (ci-joint : Pièce à conviction A de la Plainte) est CONFIRMEE et un JUGEMENT est enregistré contre les Défendeurs, la République du Congo et la Caisse Congolaise D'Amortissement, pour la somme de 26 093 251, 00 dollars US.

[signature]
Le très honorable James Robertson
Juge de District des Etats-Unis d'Amérique

Exemplaires à :

Maître Jonathan P. Graham
Williams & Connolly LLP
725 12th Street, N.W.
Washington, DC 20005

République du Congo
Aux bons soins du Chef du ministère des Affaires étrangères
B.P. 98
Brazzaville, Congo

Caisse Congolaise D'Amortissement
B.P. 2090
Brazzaville, Congo

Caisse Congolaise D'Amortissement
Aux bons soins du Chef du ministère des Affaires étrangères
B.P. 98
Brazzaville, Congo

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALKER INTERNATIONAL HOLDINGS LIMITED<br><br>Plaintiff,<br><br>v.<br><br>REPUBLIC OF THE CONGO<br><br>and<br><br>CAISSE CONGOLAISE D'AMORTISSEMENT<br><br>Defendants. | Civil Action No. 00-2987 (JR) |

### AFFIDAVIT OF SYLVIE DAY

NEW YORK COUNTY )
                ) ss:
STATE OF NEW YORK )

Sylvie Day, being duly sworn, deposes and says:

1. I am a translator fluent in the languages of English and French.

2. I have reviewed copies of (a) the March 15, 2002 Judgment in this matter (the "Judgment"); and (d) the Notice of Default Judgment to Caisse Congolaise D'Amortissement in this matter (the "Notice").

3. The Judgment and the Notice are written in English.

4. I hereby certify that attached to this affidavit are true and accurate French translations of the Judgment, see Ex. 1, and the Notice, see Ex. 2.

*Sylvie Day*

Subscribed and sworn to before me this 22 day of March, 2002.

*Paul D. Ralston*
Notary Public

PAUL D. RALSTON
Notary Public, State of New [York]
No. 0...
...2003

EXHIBIT 1