## CERTIFICATE OF ACCURACY

STATE OF NEW YORK )
) s.s.
WESTCHESTER COUNTY )

I, the undersigned, Louise Martin-Valiquette, a translator competent to translate documents from English to French and an attorney admitted to practice in New York State, hereby certify:

1. I have translated from English into French the following documents in the case Walker International Holdings Limited vs. The Republic of Congo, et al. before the United States District Court for the District of Delaware:
   - Order Directing Clerk to Issue Writ of Garnishment;
   - Notice of Suit;
   - Praecipe and Motion for Writ of Attachment;
   - Writ of Execution;
   - Certificate of Judgment for Registration in another District.

2. The French translations of the above documents are, to the best of my knowledge and ability, a complete and accurate translation of the original documents.

_Louise Martin-Valiquette_
Louise Martin-Valiquette

Signed and sworn before me
this 7th day of September, 2005

_____
Notary Public

OLGA L. RUDYK
Notary Public - State of New York
No. 01RU5012209
Qualified in Westchester County
Commission Expires June 15, 2007