## CERTIFICATE OF SERVICE

I hereby certify that one copy of the French translation of each of the **Notice of Suit, Motion for Writ of Attachment** *Fieri* **Facias, [proposed] Order Directing Clerk to Issue Writ of Garnishment, [proposed] Writ of Garnishment,** and **Registration of Judgment**, was served on the 8th day of September, 2005 on the following in the manner indicated below:

| | |
|---|---|
| Directeur General de la Caisse Congolaise d'Amortissement<br>BP 2090<br>Brazzaville, Congo | Republic of the Congo<br>c/o Head of the Ministry of Foreign Affairs<br>Rodolphe Adada<br>BP 98<br>Brazzaville, Congo |
| **Registered Mail  RB669 332 936 US**<br>**Return Receipt Requested** | **Registered Mail RB669 332 940 US**<br>**Return Receipt Requested** |
| Minstre de l'Economie, des Finances et du Budget<br>Centre Administratiff, Quartier Plateau<br>BP 2093<br>Brazzaville, Congo | United States Corporation Company<br>(Registered Agent for Republic of Congo)<br>1133 Avenue of the Americas, Suite 3100<br>New York, New York  10036 |
| **Registered Mail  RB669 332 953 US**<br>**Return Receipt Requested** | **Certified Mail**<br>**7000 1670 0011 6180 4789**<br>**Return Receipt Requested** |

| | |
|---|---|
| Mr. Boaz S. Morag<br>Cleary, Gottlieb, Steen & Hamilton<br>One Liberty Plaza<br>New York, New York 10006 | CMS Nomeco Congo, Inc.<br>c/o Registered Agent<br>The Corporation Trust<br>1209 Orange Street<br>Wilmington, DE 19801 |

**Certified Mail   70001670001161804772   Hand Delivery**
**Return Receipt Requested**

_____
Joseph B. Cicero (No. 4388)

DEL-FS1\148089v01