# Greenberg Traurig

Joseph B. Cicero
Tel. (302) 661-7391
Fax (302) 661-7360
ciceroj@gtlaw.com

September 9, 2005

**VIA HAND & E-FILING**

Mr. Peter T. Dalleo
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

**Re:    Walker International Holdings Limited v. Republic of The Congo, et al.,
Case Number 1:05-mc-156**

Dear Mr. Dalleo:

Walker International Limited has filed the following documents in the above-styled case with the Clerk of this Court:

1.    Letter of Joseph B. Cicero to Peter. T. Dalleo Re: Opening of Miscellaneous Case and Registration of Judgment, attaching a copy of the Form AO 451 and certified copy of Judgment entered by the United States District Court for the District of Columbia (D.I. 1).

2.    Notice of Suit, attaching Proposed Writ of Execution (D.I. 4).

3.    Plaintiff/Judgment Creditor's Praecipe and Motion For Writ of Attachment *Fieri Facias*, attaching supporting exhibits and Proposed Order (D.I. 5).

4.    Letter to Mr. Peter Dalleo from Paul D. Brown regarding Correction of Motion For Writ of Attachment *Fieri Facias* (D.I. 7).

5.    French translations of items 1 through 3 listed above (D.I. 9).

ALBANY

AMSTERDAM

ATLANTA

BOCA RATON

BOSTON

CHICAGO

DALLAS

DENVER

FORT LAUDERDALE

LOS ANGELES

MIAMI

NEW JERSEY

NEW YORK

ORANGE COUNTY, CA

ORLANDO

PHILADELPHIA

PHOENIX

SILICON VALLEY

TALLAHASSEE

TYSONS CORNER

WASHINGTON, D.C.

WEST PALM BEACH

WILMINGTON

ZURICH

Enclosed is an Affidavit of Foreign Mailing to initiate service of these items under the Foreign Sovereign Immunities Act. *See* 28 U.S.C. § 1602 *et seq.*

Respectfully,

Joseph B. Cicero (#4388)

Enclosure