UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WALKER INTERNATIONAL HOLDINGS   :
LIMITED

                      :

        Plaintiff

                      :

     v.                  Case Number 1:05-mc-156

                      :

REPUBLIC OF THE CONGO, et al.,   :

        Defendants         :

**AFFIDAVIT OF FOREIGN MAILING TO INITIATE SERVICE**

STATE OF DELAWARE       )
                          )   ss:
COUNTY OF NEW CASTLE   )

    I, Joseph B. Cicero, being duly sworn, deposes and says:

    1.    I, one of the undersigned counsel for Walker International Holdings Limited, hereby request that the Clerk of the Court address and dispatch a copy of (i) Letter of Joseph B. Cicero to Peter. T. Dalleo Re: Opening of Miscellaneous Case and Registration of Judgment, including a copy of the Form AO 451 and certified copy of Judgment entered by the United States District Court for the District of Columbia attached thereto (D.I. 1); (ii) Notice of Suit, including Proposed Writ of Execution attached thereto (D.I. 4); (iii) Plaintiff/Judgment Creditor's Praecipe and Motion For Writ of Attachment *Fieri Facias*, including supporting exhibits and Proposed Order attached thereto (D.I. 5); Letter to Mr. Peter Dalleo from Paul D. Brown regarding Correction of Motion For Writ of Attachment *Fieri Facias* (D.I. 7); and the French translations of the afore-mentioned documents (D.I. 9) to:

(a)    Directeur General de la Caisse Congolaise d'Amortissement, BP 2090, Brazzaville, Congo;

(b)    Minstre de l'Economie, des Finances et du Budget, Centre Administratiff, Quartier Plateau, BP 2093, Brazzaville, Congo; and

(c)    Republic of the Congo c/o Head of the Ministry of Foreign Affairs, Rodolphe Adada, BP 98, Brazzaville, Congo

by Registered Mail, requiring a signed receipt pursuant to 28 U.S.C. § 1608.

2.    I have researched service of process in the Republic of the Congo and have found that service by mail pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii) is an acceptable means of service in the Republic of the Congo.


_____
Joseph B. Cicero (#4388)

Subscribed and sworn to before me this 7__ day of September, 2005.

My commission expires ___6/28/06_____.


_____
Notary Public

DONA K. KINTZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 28, 2006
DEL-FS1\148095v01