# Greenberg Traurig

Joseph B. Cicero
Tel. (302) 661-7391
Fax (302) 661-7360
ciceroj@gtlaw.com

September 12, 2005

**VIA HAND & E-FILING**

Mr. Peter T. Dalleo
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: Walker International Holdings Limited v. Republic of The Congo, et al., Case Number 1:05-mc-156

Dear Mr. Dalleo:

Pursuant to a request made by your office, I write to clarify which entities are to be served with the documents listed in my September 9, 2005 letter and affidavit pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608. I also write to explain that no summons needs to be issued and served on those entities.

A summons does not need to be issued in this action, because no action is to be taken by those entities, as they are the underlying judgment debtors in this garnishment action. We are merely giving notice to those entities, as underlying judgment debtors, that this miscellaneous action has been filed and that the judgment, which has already been issued against them, has been transferred and registered in this Court.

The underlying judgment debtors should be served, pursuant to 28 U.S.C. § 1608, at the following addresses: (i) Directeur General de la Caisse Congolaise d'Amortissement, BP 2090, Brazzaville, Congo; Minstre de l'Economie, des Finances et du Budget, Centre Administratiff, Quartier Plateau, BP 2093, Brazzaville, Congo; and (iii) Republic of the Congo c/o Head of the Ministry of Foreign Affairs, Rodolphe Adada, BP 98, Brazzaville, Congo.

Respectfully,

Joseph B. Cicero (#4388)
~~JBC~~:jbc
DEL-FS1\148417v01

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SILICON VALLEY
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
WILMINGTON
ZURICH

Greenberg Traurig, LLP | Attorneys at Law | Brandywine Building | 1000 West Street | Suite 1540 | Wilmington, DE 19801
Tel 302.661.7000 | Fax 302.661.7360                                    www.gtlaw.com