OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 12, 2005

REGISTERED MAIL
RETURN RECEIPT REQUESTED

Directeur General de la Caisse Congolaise d'Amorissement
BP 2090
Brazzaville, Congo

RE: Walker International Holdings v. Republic of the Congo
    Misc. Action 05-156

Dear Sirs/Madam:

   Enclosed please find copies of Letter of Joseph B. Cicero to Peter T. Dalleo RE: Opening of Miscellaneous Case and Registration of Judgment, attaching a copy of AO 451, Certified copy of Judgment, Notice of Suit, Motion for Writ, Letter to Mr. Peter Dalleo from Paul D. Brown regarding Correction of Motion For Writ of Attachment Fieri Facias, and French translation in the above case. This service is made pursuant to Federal Rules of Civil Procedure, Rule 4(f)(2)(C)(ii).

Also enclosed is a Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

Very truly yours,

BY: PETER T. DALLEO
    CLERK

Encls.
cc: Joseph Benedict Cicero
    Greenberg Traurig, LLP
    The Brandywine Building
    1000 West Street, Suite 1540
    Wilmington, DE 19801

Mailed by: *[signature]*