IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Walker International Holdings Limited
      Plaintiff,

v.

Republic of the Congo, et al.
      Defendants.

Misc. Action No. 05-156 UNA

### A F F I D A V I T

I, Elizabeth L. Strickler, being first duly sworn, deposed and say that pursuant to Rule4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on September 12, 2005 by Registered Mail #RB 669 332 675 US, U.S. Postal Service, to Directeur General de la Caisse Congolaise d'Amorissement, BP 2090, Brazzaville, Congo, the following documents:

    a) Letter of Joseph B. Cicero to Peter T. Dalleo RE: Opening of Miscellaneous Case and Registration of Judgment, attaching a copy of AO 451, Certified copy of Judgment, Notice of Suit, Motion for Writ, Letter to Mr. Peter Dalleo from Paul D. Brown regarding Correction of Motion For Writ of Attachment Fieri Facias, and French translation; and

    b) Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

                                                    _____
                                                    Elizabeth L. Strickler
                                                    Deputy Clerk

Sworn to and subscribed before me this 12th day of September, 2005.

_____
Ron Eberhard
Deputy Clerk

