IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| Walker International Holdings Limited | : |
| Plaintiff, | : |
|  | : Misc. Action No. 05-156 UNA |
| v. | : |
|  | : |
| Republic of the Congo, et al. | : |
|  | : |
| Defendants. | : |

A F F I D A V I T

        I, Elizabeth L. Strickler, being first duly sworn, deposed and say that pursuant to Rule4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on September 12, 2005 by Registered Mail #RB 669 332 644 US, U.S. Postal Service, to Republic of the Congo, c/o Head of the Ministry of Foreign Affairs, Rodolphe Adada, BP98, Brazzaville, Congo, the following documents:

        a) Letter of Joseph B. Cicero to Peter T. Dalleo RE: Opening of Miscellaneous Case and Registration of Judgment, attaching a copy of AO 451, Certified copy of Judgment; Notice of Suit, Motion for Writ, Letter to Mr. Peter Dalleo from Paul D. Brown regarding Correction of Motion For Writ of Attachment Fieri Facias, and French translation; and

        b) Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

                                    _Elizabeth L. Strickler_
                                    Elizabeth L. Strickler
                                    Deputy Clerk

Sworn to and subscribed before me
this 12th day of September, 2005.

_Ron Eberhard_
Ron Eberhard
Deputy Clerk

| Registered No. | | Date Stamp |
|---|---|---|

**Reg. Fee**

Handling Charge | Return Receipt
Postage | Restricted Delivery
Received by

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

OFFICIAL USE

FROM: Clerk, U.S. District Ct. DE
844 N. King St
Wilmington DE 19801

TO: Republic of the Congo
c/o Obaad - Ministry of Foreign Affairs
Rodolphe Adada   BP 98
Brazzaville, Republic of the Congo

PS Form **3806,**    **Receipt for Registered Mail**    Copy 2 - Post Office
May 2004 (7530-02-000-9051)