IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER INTERNATIONAL HOLDINGS LIMITED,<br><br>   Plaintiff,<br><br>v.<br><br>REPUBLIC OF THE CONGO,<br><br>   Defendant. | Civil Action No. 05-MC-00156 |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of CMS Nomeco Congo Inc.'s Motion for Extension of Time to Respond to Plaintiff's Motion for Issuance of Writ of Attachment *Fieri Facias,*

IT IS HEREBY ORDERED THAT CMS Nomeco's motion is GRANTED, and CMS Nomeco shall have a two-week extension of time, to and including September 30, 2005, to present a full and complete response to the September 1, 2005 Motion.

                BY THE COURT:

                _____
                               J.