## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2005, I electronically filed the foregoing Motion for Extension of Time to Respond to Motion for Issuance of Writ of Attachment *Fieri Facias* using CM / ECF which will send notification of such filing to the following:

Paul Damon Brown
Joseph Cicero
GREENBERG TRAURIG LLP
The BrandywineBuilding
1000 West Street, Suite 1540
Wilmington, DE 19801

/s/ James C. Carignan
M. Duncan Grant (Del. Bar No. 2994)
James C. Carignan (Del. Bar No. 4230)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500