## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2005, I electronically filed Plaintiff's Opposition to Motion for Extension of Time to Respond to Motion for Issuance of Writ of Attachment *Fieri Facias* via CM/ECF, which will send notification of such filing to the following:

M. Duncan Grant, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE 19801

_____
Joseph B. Cicero (No. 4388)