UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WALKER INTERNATIONAL HOLDINGS :
LIMITED
:
       Plaintiff
:
v.         Case Number 1:05-mc-156 (SLR)
:
REPUBLIC OF THE CONGO, et al., :
       Defendants :

### ORDER

AND NOW, this _____ day of September, 2005, upon consideration of Plaintiff's Opposition to CMS Nomeco Congo, Inc.'s Motion for Extension of Time to Respond to Motion for Issuance of Writ of Attachment *Fieri Facias*,

IT IS HEREBY ORDERED THAT CMS Nomeco Congo Inc.'s Motion for Extension of Time to Respond to Motion for Issuance of Writ of Attachment *Fieri Facias* is DENIED.

                                                          Chief Judge, Sue L. Robinson