# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FG HEMISPHERE ASSOCIATES, L.L.C. § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | |
| § | | |
| REPUBLIQUE DU CONGO § | | |
| Defendant, § | CIVIL ACTION No. H-02-4261 | |
| § | | |
| and § | | |
| § | | |
| CMS OIL AND GAS COMPANY, et al., § | | |
| § | FILED UNDER SEAL | |
| Putative Garnishees. § | | |

## DECLARATION OF BENOIT DE LA FOUCHARDIERE

I, Benoit de la Fouchardiere, declare:

1. My name is Benoit de la Fouchardiere. I am currently the operations manager of CMS Nomeco Congo Inc. I have personal knowledge concerning the facts set out in this declaration.

2. On December 28, 2004, I was acting as deputy general manager in connection with the operation of the Marine I permit in the Congo. Christian Sage, who is the regular general manager in the Congo, was on vacation, and I was carrying out his responsibilities on that day. On instructions from Maryse Bernard, I had previously given instructions to the staff of the floating storage unit Conkouati that no delivery of oil was to be made to SNPC.

3. At approximately 1 p.m. on December 28, 2004, a court representative and two representatives of SNPC arrived at the offices of CMS Nomeco Congo Inc. in Point Noire and showed me papers issued by a court that required that I attend a proceeding that afternoon in the Court in Point Noire. A copy of the papers delivered to me are attached hereto as Exhibit 1. I attempted to have a lawyer in Pointe Noire attend the hearing with me but was unsuccessful. I attended the hearing, and the judge decided that CMS Nomeco Congo Inc. was required to deliver the oil that was the subject of the oil lifting that had been scheduled for the week of December 27.

4. The SNPC nominated vessel had given the notice of readiness for lifting early in the morning of December 28 but in accordance with the instructions from Maryse Bernard I had refused to allow the lifting to commence. In the late afternoon of December 28, I received instructions

**EXHIBIT K**

from Maryse Bernard (who was in Brazzaville, the Congo and had received a copy of the orders issued by the Court) that I should give instructions to the CopKouatt to proceed with the delivery of 550,000 barrels of oil to SNPC. I did so, and the lifting commenced at 6:30 p.m. on December 28, 2004. SNPC took a lifting of 550,932 barrels of oil.

5. I was not aware that the Congo and SNPC were planning to obtain Congolese court orders in connection with the December 2004 oil lifting until the court representative and SNPC representatives arrived at our offices on the afternoon of December 28, 2004. I had no advance warning that I would be required to attend court proceedings that day.

6. I declare under penalty of perjury, under the laws of the United States of America, that the foregoing statements are true and correct.

EXECUTED on the 14th day of February, 2005, in Pointe Noire, Republic of Congo.

Benoit de la Fouchardiere

2

| | |
|---|---|
| **COUR D'APPEL DE POINTE-NOIRE** <br> **TRIBUNAL DE GRANDE INSTANCE** <br> **DE POINTE-NOIRE** | **REPUBLIQUE DU CONGO** <br> Unité*Travail*Progrès |

## NOTIFICATION DE L'ORDONNANCE
(Article 40 à 42 du C.P.C.C.F)

L'an deux mil quatre ............................................................
............ ET le 28 Décembre ..................................................

A la requête de ...... La R. C. ...............................................
Et en vertu d'une ordonnance du Président du Tribunal de Grande Instance de Pointe-Noire, en date du ..... 28/12/04 ............................................
Rendue à la suite d'une requête à lui présentée le ..... 28/12/04 ..................
Desquelles requête, copie et ordonnance sont remises en temps que celles de présentes ;

J'ai ............ Maître SAMINOU Jean-Baptiste Greffier en chef ............ Greffier près le
Tribunal de Céans, y demeurant soussigné ;

**NOTIFIE OU ETANT ET PARLANT** A TT= Benoit de LATOUCHARDIERE

Qui a reçu et visé l'original du présent acte ;

A comparaître devant le Tribunal de Grande Instance de Pointe-Noire à l'audience civile qui sera tenue au Palais de Justice dans la salle ordinaire des audiences
Le ...... 28/12/04 ............ à ...... 15 ............ heures ............
Précises pour entendre statuer sur les mérites de la requête dont s'agit ;

### A CE QU'IL N'EN IGNORE

Je lui ai, étant et parlant comme dessus, laissé copie tant des présentes que de la requête et de l'ordonnance dont le coût est de **TROIS MILLE FRANCS CFA (3.000).**

Le Greffier Principal en chef

**EXHIBIT 1**

Maître
SAMINOU Jean-Baptiste
Greffier en chef.

| | |
|---|---|
| COUR D'APPEL DE POINTE-NOIRE<br>TRIBUNAL DE GRANDE INSTANCE<br>DE POINTE-NOIRE | REPUBLIQUE DU CONGO<br>Unité*Travail*Progrès |

**GREFFE-CIVIL**

ROLE CIVIL N°_____/
REPERTOIRE N°_____/
DU _____/

## ORDONNANCE FIXANT LA DATE D'AUDIENCE
### (Article 33)

Nous ....**Norbert ELENGA MAGISTRAT**.... Président du Tribunal de Grande Instance de Pointe-Noire

Vu la requête de Mr, Mme ou Mlle **REPUBLIQUE DU CONGO, MINISTERE DES HYDROCARBURES DEPARTEMENT DU KOUILOU**

Profession ............................ Domicilié (e) à ............................

Nationalité ............................ et les pièces qui y sont jointes.

Fixons au **28/12/04** à **13** heures, la date à laquelle sera appelée l'affaire au lieu ordinaire de nos audiences aux fins de statuer sur les mérites de ladite requête.

Disons que Mr, Mme ou Mlle **CMS NOMECO INC CONGO**

Profession ............................ Domicilié (e) ............................

Devra produire ses moyens de défenses au Greffe huit (8) jours au plus tard avant l'audience.

Mandons le Greffier du Tribunal de Céans à l'effet de notifier la présente ORDONNANCE aux parties accompagnées en ce qui concerne la partie défenderesse, d'une copie de la requête introductive d'instance et de la liste des pièces déposées par le requérant.

Fait à Pointe-Noire, le **20 DECEMBRE 2004**

**Norbert ELENGA
MAGISTRAT**

**La République du Congo**
Comparant en personne

## Requête en référé d'heure à heure

A

**Monsieur le Président du Tribunal de Grande Instance de Pointe-Noire, statuant en matière de référé**

Pour :
   **La République du Congo, Ministère des Hydrocarbures,**
   agissant aux diligences de son représentant légal ;

Contre

   **la Société NOMECO**

Exposé des faits

La République du Congo a l'honneur de vous exposer que se prévalant de ce qu'elle a été saisie par les créanciers américains de l'Etat congolais, la société NOMECO qui devait lui livrer une cargaison de 550 000 barils de pétrole, refuse de s'exécuter au motif que cette cargaison fait l'objet d'une saisie suivant la décision du Tribunal de l'Etat de Texas du 17 septembre 2004, rendant possible la saisi attributive de la dite cargaison.

Or une décision de justice rendue par une juridiction étrangère, même en présence de la renonciation par le débiteur de son immunité de juridiction et d'exécution ne peut pas s'exécuter de plein droit en territoire étranger qu'elle doit, pour recevoir exécution, être soumise à la procédure d'exéquaturée telle que prévue par l'article 299 du code de procédure civile, commerciale administrative et financière selon le quel : « sauf conventions diplomatiques contraires, les jugements rendus par les tribunaux étrangers et les actes reçus par les officiers publics ou ministériels étrangers ne sont susceptibles d'exécution sur le territoire congolais qu'après avoir été déclarés exécutoires par une juridiction congolaise qui aurais été compétente « ratione matériae » pour en connaître».

Qu'en l'espèce et sans qu'il soit nécessaire de débattre du bien fondé ou on de l'action en saisie des créanciers d'origine américaine, il y a lieu de relever que la décision sur laquelle se fonde la Société NOMECO n'a jamais été exéquaturée et, pire, les tribunaux congolais ne sont pas encore saisis d'une demande en ce sens ; qu'il convient donc, la question de l'enlèvement de la cargaison détenue par NOMECO étant urgente et comportant un péril certain, d'ordonner sur minute que la société NOMECO livre à tout opérateur que lui désignera la SNPC la dite cargaison.

En conséquence de ce qui précède, la République du Congo vous prie, par décision de référé d'heures en heures :

1- constater que les tribunaux congolais ne sont saisis d'aucune décision rendue par une juridiction étrangère et portant saisie d'une cargaison d'hydrocarbures appartenant soit à la SNPC soit à l'Etat congolais ;

2- dire qu'aucune décision étrangère d'une juridiction ne peut s'exécuter sur le territoire congolais sans avoir été préalablement exéquaturées par les cours et tribunaux congolais ;

3- qu'en conséquence, ordonner à la société NOMECO de livrer sans délais à tout opérateur que lui désignera la SNPC, toutes les quantités d'hydrocarbures lui appartenant et détenus par elle en vertu de leur contrat de partenariat,

pour respectueuse requête.

*Pour Le Ministre des Hydrocarbures
Le Directeur Departemental
des Hydrocarbures au
Kouilou*
ELENGA

| | |
|---|---|
| **COUR D'APPEL DE POINTE-NOIRE**<br>**TRIBUNAL DE GRANDE INSTANCE**<br>**DE POINTE-NOIRE** | **REPUBLIQUE DU CONGO**<br>Unité*Travail*Progrès |

## NOTIFICATION DE L'ORDONNANCE
(Article 40 à 42 du C.P.C.C.F)

L'an deux mil quatre _Et le 28 Décembre_

A la requête de _la S.N.P.C_
Et en vertu d'une ordonnance du Président du Tribunal de Grande Instance de Pointe-Noire, en date du _28/12/04_
Rendue à la suite d'une requête à lui présentée le _28/12/04_
Desquelles requête, copie et ordonnance sont remises en temps que celles de présentes ;

J'ai _SAMINOU Jean-Baptiste Greffier en chef_ ................................ Greffier près le Tribunal de Céans, y demeurant soussigné ;

**NOTIFIE OU ETANT ET PARLANT** _A M. Benoît de la BOUCHARDIERE_

Qui a reçu et visé l'original du présent acte ;

A comparaître devant le Tribunal de Grande Instance de Pointe-Noire à l'audience civile qui sera tenue au Palais de Justice dans la salle ordinaire des audiences
Le _28/12/04_ à _13_ heures
Précises pour entendre statuer sur les mérites de la requête dont s'agit ;

### A CE QU'IL N'EN IGNORE

Je lui ai, étant et parlant comme dessus, laissé copie tant des présentes que de la requête et de l'ordonnance dont le coût est de **TROIS MILLE FRANCS CFA (3.000).**

Le Greffier Principal en chef

Maître
SAMINOU Jean-Baptiste
Greffier en chef.

| | |
|---|---|
| COUR D'APPEL DE POINTE-NOIRE<br>TRIBUNAL DE GRANDE INSTANCE<br>DE POINTE-NOIRE | REPUBLIQUE DU CONGO<br>Unité*Travail*Progrès |

### GREFFE-CIVIL

ROLE CIVIL N° _____/
REPERTOIRE N° _____/
DU _____/

## ORDONNANCE FIXANT LA DATE D'AUDIENCE
### (Article 33)

Nous **Norbert ELENGA MAGISTRAT** .............. Président du Tribunal de Grande Instance de Pointe-Noire

Vu la requête de Mr, Mme ou Mlle ... **LA S.N.P.C. B.P. 188 PNR** ..........................

Profession .......................... Domicilié (e) à **POINTE-NOIRE** ..........................

Nationalité .......................... et les pièces qui y sont jointes.

Fixons au **28/12/04** à **13** .......... heures, la date à laquelle sera appelée l'affaire au lieu ordinaire de nos audiences aux fins de statuer sur les mérites de ladite requête.

Disons que Mr, Mme ou Mlle **SOCIETE NOMECO** ..........................

Profession .......................... Domicilié (e) **POINTE-NOIRE** ..........................

Devra produire ses moyens de défenses au Greffe huit (8) jours au plus tard avant l'audience.

Mandons le Greffier du Tribunal de Céans à l'effet de notifier la présente ORDONNANCE aux parties accompagnées en ce qui concerne la partie défenderesse, d'une copie de la requête introductive d'instance et de la liste des pièces déposées par le requérant.

Fait à Pointe-Noire, le **28/12/2004**

Le Président
**Norbert ELENGA**
**MAGISTRAT**

**Société Nationale des Pétroles du Congo**
Comparant en personne

## Requête en référé d'heure à heure

A

**Monsieur le Président du Tribunal de Grande Instance de Pointe-Noire, statuant en matière de référé**

Pour :

> **La SNPC**, établissement public à caractère industriel et commerciale, dont le siège social à Brazzaville, 146 avenue du Général de Gaulle Boite Postale 88, agissant aux diligences de son représentant légal ;

Contre

> **la Société NOMECO**

Exposé des faits

La SNPC a l'honneur de vous exposer que se prévalant de ce qu'elle a été saisie par les créanciers américains de l'Etat congolais, la société NOMECO qui devait lui livrer une cargaison de 550 000 barils de pétrole, refuse de s'exécuter au motif que cette cargaison fait l'objet d'une saisie suivant la décision du Tribunal de l'Etat de Texas du 17 septembre 2004, rendant possible la saisi attributive de la dite cargaison.

Or une décision de justice rendue par une juridiction étrangère, même en présence de la renonciation par le débiteur de son immunité de juridiction et d'exécution ne peut pas s'exécuter de plein droit en territoire étranger qu'elle doit, pour recevoir exécution, être soumise à la procédure d'exéquaturée telle que prévue par l'article 299 du code de procédure civile, commerciale administrative et financière selon le quel : « sauf conventions diplomatiques contraires, les jugements rendus par les tribunaux étrangers et les actes reçus par les officiers publics ou ministériels étrangers ne sont susceptibles d'exécution sur le territoire congolais qu'après avoir été déclarés exécutoires par une juridiction congolaise qui aurais été compétente « ratione matériae » pour en connaître».

Qu'en l'espèce et sans qu'il soit nécessaire de débattre du bien fondé ou on de l'action en saisie des créanciers d'origine américaine, il y a lieu de relever que la décision sur laquelle se fonde la Société NOMECO n'a jamais été exéquaturée et, pire, les tribunaux congolais ne sont pas encore saisis d'une demande en ce sens ; qu'il convient donc, la question de l'enlèvement de la cargaison détenue par NOMECO étant urgente et comportant un péril certain, d'ordonner sur minute que la société NOMECO livre à tout opérateur que lui désignera la SNPC la dite cargaison.

En conséquence de ce qui précède, la SNPC vous prie, par décision de référé d'heures en heures :

1- constater que les tribunaux congolais ne sont saisis d'aucune décision rendue par une juridiction étrangère et portant saisie d'une cargaison d'hydrocarbures appartenant soit à la SNPC soit à l'Etat congolais ;

2- dire qu'aucune décision étrangère d'une juridiction ne peut s'exécuter sur le territoire congolais sans avoir été préalablement exéquaturées par les cours et tribunaux congolais ;

3- qu'en conséquence, ordonner à la société NOMECO de livrer sans délais à tout opérateur que lui désignera la SNPC, toutes les quantités d'hydrocarbures lui appartenant et détenus par elle en vertu de leur contrat de partenariat,

pour respectueuse requête.

P.O. Brice Sébastien
DIATY
Directeur Juridique

Pour le compte de M. Bruno Jean Richard ITOUA
Président Directeur Général de la SNPC.