# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FG HEMISPHERE ASSOCIATES, L.L.C.<br>        Plaintiff,<br>v.<br>REPUBLIQUE DU CONGO,<br>        Defendant,<br>And<br>CMS OIL AND GAS COMPANY,<br>CMS OIL AND GAS (INTERNATIONAL) COMPANY,<br>CMS NOMECO INTERNATIONAL CONGO HOLDINGS, INC.,<br>CMS NOMECO CONGO, INC.,<br>CMS OIL AND GAS (HOLDINGS), LTD.,<br>CMS OIL AND GAS (INTERNATIONAL) LTD.,<br>CMS NOMECO CONGO LDC,<br>CMS OIL AND GAS (CONGO) LTD.,<br>CMS OIL AND GAS (SERVICES) COMPANY,<br>NUEVO ENERGY COMPANY,<br>THE NUEVO CONGO COMPANY,<br>THE CONGO HOLDING COMPANY,<br>NUEVO CONGO, LTD.,<br>NUEVO INTERNATIONAL INC.,<br>NUEVO INTERNATIONAL HOLDINGS, LTD.,<br>PERENCO INC.,<br>PERENCO OIL AND GAS (INTERNATIONAL) COMPANY,<br>PERENCO INTERNATIONAL (CONGO) INC.,<br>PERENCO OIL AND GAS (SERVICES) COMPANY and LANKAN INC.<br>        Garnishees. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION No.: H-02-4261 |

**ORDER ON WRITS OF GARNISHMENT**

Before the Court is the plaintiff FG Hemisphere Associates, L.L.C.'s Emergency Opposed Second Application to Issue Writs of Garnishment (the "Application") seeking writs of garnishment against the garnishees CMS Nomeco Congo Inc., The Nuevo Congo Company, and Nuevo Congo Ltd. (collectively, the "Garnishees") with respect to the royalty obligations owed by the Garnishees to the Republique du Congo (the "Congo"). The Court has reviewed the

HOU:2486013.1

**EXHIBIT N**

ANDREWS KURTH LLP Received 09/28/2005 02:55PM in 08:06 on line [5] for GL06\ * Pg 21/24

Application and any responses thereto and determines that a valid judgment exists against the Congo that is unchallenged, that the Congo irrevocably waived immunity with respect to the obligations of the Loan Agreement, and that the waiver extends to any assets, revenues and properties that belong to the Congo. The Garnishees owe to the Congo certain royalty obligations under a 1979 Convention for the production of oil. Based on the Application and any responses thereto, the Court determines that said obligations constitute property of the Congo located in the United States, which has been used for commercial activity in the United States, therefore, satisfying the requirements of the Foreign Sovereign Immunities Act and enabling the plaintiff to execute on said property.

Therefore, it is Ordered that the plaintiff's Application for writs of garnishment is Granted.

Signed this 14th day of Sept. 2005.

United States District Judge

2

HOU:2486013.1