## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2005, the foregoing CMS Nomeco Congo LLC's Answering Brief in Opposition to Plaintiff's Motion for Issuance of Writ of Attachment *Fieri Facias* was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

> Paul D. Brown, Esq.
> Greenberg Traurig, LLP
> The Brandywine Building
> 1000 West Street, Suite 1540
> Wilmington, DE 19801

/s/ M. Duncan Grant
M. DUNCAN GRANT (Del. Bar No. 2994)