United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 05mc156
SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) ☑ | Letter (Lettre) ☐ | Printed Matter (Imprimé) ☐ | Other (Autre) ☐ | Recorded Delivery (Envoi à livraison attestée) ☐ | Express Mail International ☐ |
|---|---|---|---|---|---|---|
| Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | | Article Number RB 669 332 625 U | | |
| Office of Mailing (Bureau de dépôt) Directeur General de la Caisse | | | | Date of Posting (Date de dépôt) | | |
| Addressee Name or Firm: Congolaise d'Amortissement | | | | | | |
| Street and No.: BP 2090 | | | | | | |
| Place and Country: Brazzaville, Congo | | | | | | |

The article mentioned above was duly delivered.
Signature of Addressee: [signature]
Office of Destination Employee Signature: [signature]

PS Form 2865, February 1997 (Reverse)    05mc156

Postmark: SEP 2005 Brazzaville Congo