# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States C
Southern District o
ENTERED

SEP 1 5 2(

Michael N. Milby, Clerk

| | |
|---|---|
| FG HEMISPHERE ASSOCIATES, L.L.C. | § |
| Plaintiff, | § |
| v. | § |
| REPUBLIQUE DU CONGO, | § |
| Defendant, | § |
| And | § |
| CMS OIL AND GAS COMPANY, | § |
| CMS OIL AND GAS (INTERNATIONAL) | § |
| COMPANY, | § |
| CMS NOMECO INTERNATIONAL CONGO | § |
| HOLDINGS, INC., | § |
| CMS NOMECO CONGO, INC., | § |
| CMS OIL AND GAS (HOLDINGS), LTD., | § |
| CMS OIL AND GAS (INTERNATIONAL) LTD., | § |
| CMS NOMECO CONGO LDC, | § |
| CMS OIL AND GAS (CONGO) LTD., | § |
| CMS OIL AND GAS (SERVICES) COMPANY, | § |
| NUEVO ENERGY COMPANY, | § |
| THE NUEVO CONGO COMPANY, | § |
| THE CONGO HOLDING COMPANY, | § |
| NUEVO CONGO, LTD., | § |
| NUEVO INTERNATIONAL INC., | § |
| NUEVO INTERNATIONAL HOLDINGS, LTD., | § |
| PERENCO INC., | § |
| PERENCO OIL AND GAS (INTERNATIONAL) | § |
| COMPANY, | § |
| PERENCO INTERNATIONAL (CONGO) INC., | § |
| PERENCO OIL AND GAS (SERVICES) | § |
| COMPANY and LANKAN INC. | § |
| Garnishees. | |

CIVIL ACTION No.: H-02-4261

## ORDER ON WRITS OF GARNISHMENT

Before the Court is the plaintiff FG Hemisphere Associates, L.L.C.'s Emergency

Opposed Second Application to Issue Writs of Garnishment (the "Application") seeking writs of

garnishment against the garnishees CMS Nomeco Congo Inc., The Nuevo Congo Company, and

Nuevo Congo Ltd. (collectively, the "Garnishees") with respect to the obligations owed by the

Garnishees to Société Nationale de Petrol du Congo ("SNPC").    The Court has reviewed the

HOU:2485945.1

Application and any responses thereto and determines that a valid judgment exists against the Republique du Congo (the "Congo") that is unchallenged, that the Congo irrevocably waived immunity with respect to the obligations of the Loan Agreement, and that the waiver extends to any assets, revenues and properties that belong to the Congo and to SNPC. The Garnishees owe to the Congo certain royalty obligations under a 1979 Convention for the production of oil and owe to SNPC certain intangible obligations under agreements relating the Convention. Based on the Application and any responses thereto, the Court determines that said obligations constitute property of the Congo and SNPC located in the United States, which has been used for commercial activity in the United States, therefore, satisfying the requirements of the Foreign Sovereign Immunities Act and enabling the plaintiff to execute on said property.

Therefore, it is Ordered that the plaintiff's Application for writs of garnishment is Granted.

Signed this _14th_ day of ~~August~~ September, 2005.

_____

United States District Judge

2