## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2005, the foregoing **Walker International Holdings Limited's Reply To Non-Party CMS Nomeco Congo LLC's Answering Brief In Opposition To Its Motion For Issuance of Writ of Attachment** *Fieri Facias* was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

Joseph B. Cicero (#4388)