**Greenberg Traurig**

Joseph B. Cicero
Tel. 302.661.7391
Fax 302.661.7360
ciceroj@gtlaw.com

October 11, 2005

*Via Electronic Filing*

Chief Judge Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Lock Box 31
Wilmington, DE 19801

RE:  *Walker International Holdings Limited v. Republic of Congo*
     Case No. 1:05- MC-00156 (SLR)

Dear Chief Judge Robinson:

Plaintiff, Walker International Holdings Limited ("Walker"), writes to correct the record on the issue of Plaintiff's service of its Opposition to CMS Nomeco Congo LLC ("CMS") Reply in Support of its Motion for Extension of Time to Respond to Plaintiff's Motion for Issuance of Writ of Attachment *Fieri Facias* ("CMS' Reply"). In CMS' Reply, CMS states that it first learned that Plaintiff had filed an opposition to its motion for an extension of time on September 29, 2005, "by checking the docket sheet in this case". CMS further states in footnote one of CMS' Reply that Plaintiff did not properly serve CMS' counsel, because CMS' counsel has not yet registered to receive notice of the filing and "[p]resumably [Plaintiff] received an e-receipt advising him that e-service could not be made for that reason."

Contrary to CMS's speculation, plaintiff did not receive such an e-receipt Rather, the Court's electronic filing system receipt demonstrates that CMS' counsel was served with Plaintiff's opposition on September 21, 2005, the day that the opposition was filed. We attach the filing receipt as Exhibit A to this letter.

Walker normally would not correspond with the Court by letter, but the nature of CMS' misstatement questions counsel's compliance with the rules of procedure and should not remain unanswered.

Respectfully,

Joseph B. Cicero (#4388)
JBC:jbc
Enclosure
cc:   James C. Carignan (via electronic filing)
DEL-FS1\149478v01

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SILICON VALLEY
TALLAHASSEE
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

*Strategic Alliances
Tokyo-Office/Strategic Alliance