# EXHIBIT A

-----Original Message-----
From: ded_nefreply@ded.uscourts.gov [mailto:ded_nefreply@ded.uscourts.gov]
Sent: Wednesday, September 21, 2005 5:30 PM
To: ded_ecf@ded.uscourts.gov
Subject: Activity in Case 1:05-mc-00156-SLR Walker International Holdings Limited v. Republic of the Congo "Response to Motion"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Cicero, Joseph entered on 9/21/2005 at 5:28 PM EDT and filed on 9/21/2005

**Case Name:**     Walker International Holdings Limited v. Republic of the Congo
**Case Number:**   1:05-mc-156
**Filer:**         Walker International Holdings Limited
**Document Number:** 19

**Docket Text:**
RESPONSE to Motion re [18] MOTION for Extension of Time to File Response/Reply as to [3] Writ Returned *Motion for Issuance of Writ of Attachment Fieri Facias* filed by Walker International Holdings Limited. (Attachments: # (1) Exhibit A# (2) Text of Proposed Order # (3) Certificate of Service)(Cicero, Joseph)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=9/21/2005] [FileNumber=102371-0]
[1b2032ec665b0bf8487806b2760db886b7669842d25c21c61931033d00bb5bf98fd3

10/11/2005

9a69daf243d51b4f286262aa9aa4fb7cf468831bb55be626a7fca2ba713b]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=9/21/2005] [FileNumber=102371-1]
[87f0cd95190e026856c099871d9b0139419f478fc3b7c0e5ec979ac689d8c2e62f6a
f47ea7a1e45abb67d7fc71dcf32e99b10097d4a02a9f6387cdd60a3ca922]]
**Document description:**Text of Proposed Order
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=9/21/2005] [FileNumber=102371-2]
[67419ae3f72ccf0b20400286d0bf38b534b4370c6a5222a5c21461e8941adaedde3c
4767029b37d56bdada7bf87cdd24b6b34f44db6a844c02ae79d93cd93990]]
**Document description:** Certificate of Service
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=9/21/2005] [FileNumber=102371-3]
[9c4a8c2395e2c37a6121eada2088a25e4ba01ce4d0dbf79196be3a64964f94f05520
b9ea50f6a7ef077b0bf7ca30cb34c59432657fabcea55e2145e799ccc750]]

**1:05-mc-156 Notice will be electronically mailed to:**

Paul Damon Brown   brownp@gtlaw.com, reesec@gtlaw.com;finnimorer@gtlaw.com

James C. Carignan   carignanj@pepperlaw.com,

Joseph Benedict Cicero   ciceroj@gtlaw.com

**1:05-mc-156 Notice will be delivered by other means to:**

10/11/2005