United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 05mc156 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) | Letter (Lettre) | Printed Matter (Imprimé) | Other (Autre) | Recorded Delivery (Envoi à livraison attestée) | Express Mail International |
|---|---|---|---|---|---|---|
| Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number RB 669 332 6614 | | | |

Office of Mailing (Bureau de dépôt): Ministre de l'Economie

Addressee Name or Firm (Nom ou raison sociale du destinataire): des Finances du Budget BP

Street and No. (Rue et No.): Centre Administratif, Quartier Plateau

Place and Country (Localité et pays): Brazzaville, Congo

Date of Posting (Date de dépôt):

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur).

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire): 26/09/05

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination): Brazzaville 26 SEP 2005

PS Form 2865, February 1997 (Reverse)