United States District Court
For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 05mc156 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| Item Description (Nature de l'envoi) | Registered ☐ Article (Envoi recommandé) | ☐ Letter (Lettre) | Printed ☐ Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | Express ☐ Mail International |
|---|---|---|---|---|---|---|
| Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number RB 669 332 644U | | | |
| Office of Mailing (Bureau de dépôt) Republic of the Congo | | | Date of Posting (Date de dépôt) | | | |
| Addressee Name or Firm: c/o Head of Ministry of Foreign Affairs | | | | | | |
| Street and No.: c/o Rodolphe Adada | | | | | | |
| Place and Country: Brazzaville, Congo | | | | | | |

The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee: No 10/05

Postmark: 10 OCT 2005 CONGO

PS Form 2865, February 1997 (Reverse)