UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WALKER INTERNATIONAL HOLDINGS : 
LIMITED
:
        Plaintiff
:
v.                                   Case Number 1:05-mc-156
:
REPUBLIC OF THE CONGO, et al., :
        Defendants :

### NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that effective October 17, 2005, the undersigned counsel for Plaintiffs, has changed locations from 1000 West Street, Suite 1540, Wilmington, Delaware to the address below.

PLEASE TAKE FURTHER NOTICE that attorneys for Plaintiffs, hereby requests that all notices given or required to be given in these proceedings be served upon its counsel of record at the following address:

Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000 – telephone (no change)
(302) 661-7360 – telecopier (no change)

GREENBERG TRAURIG, LLP

_____
Paul D. Brown (#3903)
Joseph B. Cicero (#4388)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

October 25, 2005                  *Attorneys for Walker Inernational Holdings Limited*