## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October, 2005, a copy of the attached **Notice of Change of Address** was served upon the following at the address and in the manner indicated below:

M. Duncan Grant, Esquire
James C. Carignan, Esquire
**PEPPER HAMILTON**
Hercules Plaza, Suite 5100
1313 N. Market Street, P. O. Box 1709
Wilmington, DE 19899-1709
*Attorney for Defendants ---Via Hand Delivery*

_____
Joseph B. Cicero (#4388)

DEL-FS1\150178v01