UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WALKER INTERNATIONAL HOLDINGS   :
LIMITED

                            :

           Plaintiff,

                            :

     v.                              Case Number 1:05-mc-156 (SLR)

                            :

REPUBLIC OF THE CONGO           :

           Defendants       :

### NOTICE OF APPEARANCE

Please take notice that Titania R. Mack hereby enters her appearance on behalf of

plaintiff, Walker International Holdings Limited.

                                    **GREENBERG TRAURIG, LLP**

                                    Titania R. Mack (#4120)
                                    The Nemours Building
                                    1007 North Orange Street, Suite 1200
                                    Wilmington, DE  19801
                                    (302) 661-7000

Dated: January 6, 2005

## CERTIFICATE OF SERVICE

I, Titania R. Mack, certify that on January 6, 2006 a copy of the **Notice of Appearance** was served on all attorneys of record listed through the ECF system.

Titania R. Mack (#4120)