UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WALKER INTERNATIONAL HOLDINGS : 
LIMITED
:
      Plaintiff,
:
v.                                    Case Number 1:05-mc-156 (SLR)
:
REPUBLIC OF THE CONGO  :
      Defendants :

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that Paul D. Brown hereby withdraws his appearance on behalf of plaintiff, Walker International Holdings Limited.

                                              **GREENBERG TRAURIG, LLP**

                                              _____
                                              Paul D. Brown (#3903)
                                              The Nemours Building
                                              1007 North Orange Street, Suite 1200
                                              Wilmington, DE 19801
                                              (302) 661-7000

Dated: January 6, 2005

## CERTIFICATE OF SERVICE

I, Paul D. Brown, certify that on January 6, 2006 a copy of the **Notice of Withdrawal of Appearance** was served on all attorneys of record listed through the ECF system.

_____
Paul D. Brown (#3903)