UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WALKER INTERNATIONAL HOLDINGS LIMITED          :
:
      Plaintiff,          :
:
v.          :   Case Number 1:05-mc-156 (SLR)
:
REPUBLIC OF THE CONGO          :
:
      Defendants          :

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Joseph B. Cicero hereby withdraws his appearance on behalf of plaintiff, Walker International Holdings Limited.

                                       **GREENBERG TRAURIG, LLP**

                                       Joseph B. Cicero (#4388)
                                       The Nemours Building
                                       1007 North Orange Street, Suite 1200
                                       Wilmington, DE 19801
                                       (302) 661-7000

Dated: January 6, 2005

## CERTIFICATE OF SERVICE

I, Joseph B. Cicero, certify that on January 6, 2006 a copy of the **Notice of Withdrawal of Appearance** was served on all attorneys of record listed through the ECF system.

Joseph B. Cicero (#4388)