UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WALKER INTERNATIONAL HOLDINGS : 
LIMITED
:
Plaintiff,
:
v.   Case Number 1:05-mc-156 (SLR)
:
REPUBLIC OF THE CONGO :
Defendants :

## NOTICE OF APPEARANCE

Please take notice that Cathy L. Reese hereby enters her appearance on behalf of plaintiff, Walker International Holdings Limited.

**GREENBERG TRAURIG, LLP**

*/s/ Cathy Reese*
Cathy L. Reese (#2838)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801
(302) 661-7000

Dated:  January 6, 2005

## CERTIFICATE OF SERVICE

I, Cathy L. Reese, certify that on January 6, 2006 a copy of the **Notice of Appearance** was served on all attorneys of record listed through the ECF system.

_/s/ Cathy Reese_
Cathy L. Reese (#2838)