## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2006, the foregoing CMS Nomeco Congo LLC's Supplemental Brief in Opposition to Plaintiff's Motion for Issuance of Writ of Attachment *Fieri Facias* was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

>Titania R. Mack, Esq.
>Greenberg Traurig, LLP
>The Brandywine Building
>1000 West Street, Suite 1540
>Wilmington, DE 19801

/s/ M. Duncan Grant
M. DUNCAN GRANT (Del. Bar No. 2994)