IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER INTERNATIONAL HOLDINGS LIMITED,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>REPUBLIC OF THE CONGO,<br><br>　　　　　　Defendant. | Civil Action No. 05-MC-00156 |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Cathy L. Reese, Esq., hereby withdraws her individual appearance as counsel to plaintiff, Walker International Holdings Limited. This withdrawal is limited to Cathy L. Reese individually. The firm of Greenberg Traurig LLP through Titiania R. Mack, Esq., will continue to represent plaintiff.

　　　　　　　　　　　　　　　　/s/ Cathy L. Reese
　　　　　　　　　　　　　　　　Cathy L. Reese (#2838)
　　　　　　　　　　　　　　　　Fish & Richardson, P.C.
　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1100
　　　　　　　　　　　　　　　　P.O. Box 1114
　　　　　　　　　　　　　　　　Wilmington, DE 19899-1114
　　　　　　　　　　　　　　　　(302) 652-5070
　　　　　　　　　　　　　　　　reese@fr.com

Dated: September 27, 2006