## CERTIFICATE OF SERVICE

I, Cathy L. Reese, hereby certify that on September 27, 2006 the foregoing **Notice of Withdrawal of Appearance** was electronically filed with the Clerk of the Court using CM/ECF and that electronic notification of the filing through CM/ECF will be sent the following counsel:

Titania R. Mack, Esq.
Greenberg Traurig, LLP
1007 N. Orange St., Suite 1200
Wilmington, DE  19801

M. Duncan Grant
James C. Carignan
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709

Dated:  September 27, 2006

*/s/ Cathy L. Reese*
Cathy L. Reese