IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
WALKER INTERNATIONAL HOLDINGS, LTD.,         :
           Plaintiff,                              :
    - against -                                 : Civil Action No. 05-156 SLR
THE REPUBLIC OF CONGO,                       :
           Defendant,                              :
CMS NOMECO CONGO INC.,                       :
           Garnishee.                              :
---------------------------------------------------------------x

**PLAINTIFF'S EMERGENCY MOTION FOR AN ORDER
TO SHOW CAUSE FOR A WRIT OF ATTACHMENT *FIERI FACIAS*,
ORDER OF SEQUESTRATION AND PRELIMINARY INJUNCTION**

TO:

| VIA HAND DELIVERY | VIA FIRST CLASS MAIL |
|---|---|
| M. Duncan Grant, Esquire | Guy Lipe, Esquire |
| James C. Carignan, Esquire | Jason Powers, Esquire |
| Pepper Hamilton LLP | Vinson & Elkins LLP |
| Hercules Plaza, Suite 5100 | First City Tower |
| 1313 N. Market Street | 1001 Fannin Street, Suite 2300 |
| Wilmington, DE 19801 | Houston, TX 77002 |

PLEASE TAKE NOTICE that Pursuant to Federal Rules of Civil Procedure 69 and 70, 10 Del. C. § 366, Delaware Superior Court Civil Rule 5(aa) and Delaware Chancery Court Rule 4(db), plaintiff/judgment creditor Walker International Holdings Limited ("Walker"), by and through its undersigned counsel, hereby moves for Garnishee CMS Nomeco Congo, Inc. (now CMS Nomeco Congo LLC ("CMS")) to show cause why it should not put money aside (royalty payments) pending a hearing on the motion for an the entry of an order, in the form attached

238247170v1

hereto: (i) directing the Clerk of this Court to issue a writ of attachment *fieri facias* (garnishment) pursuant to Delaware Superior Court Civil Rule 5(aa) against Garnishee-Delaware-corporation CMS Nomeco Congo, Inc. (now CMS Nomeco Congo LLC ("CMS")), in accordance with Section 1610 (c) of the Foreign Sovereign Immunities Act ("FSIA") 28 U.S.C. § 1610(c); (ii) issuing an order of sequestration pursuant to 10 Del. C. § 366 and Delaware Chancery Court Rule 4(db), thereby seizing all property of the defendant Congo in the possession of CMS, including Congo's right to receive royalties under the Convention and (iii) enjoining CMS from taking any further action to remove from the jurisdiction of this Court any interest in the Convention dated May 25, 1979, between CMS as venture partner with the Republic of Congo ("Congo") including its obligation to make royalty payments to defendant Congo pending the disposition of this action. The grounds for this Motion are set forth in Plaintiff's Opening Brief in Support of its Motion and the supporting Affidavit of James W. Perkins filed contemporaneously herewith.

DATED: January 11, 2007
Wilmington, Delaware

Respectfully submitted,

GREENBERG TRAURIG, LLP

*/s/*

Donald J. Detweiler (No. 3087)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

and

Ronald W. Kleinman
Sanford M. Saunders, Jr.
Kenneth P. Kaplan
800 Connecticut Ave., N.W., Suite 500

Washington, DC 20006
(202) 331-3100
and

James W. Perkins
Stephanie R. Feldman
200 Park Avenue
New York, New York 10166
(212) 801-9200

Attorneys for Plaintiff