# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALKER INTERNATIONAL HOLDINGS LIMITED )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REPUBLIC OF THE CONGO, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 00-2987 (JR) |

FILED
MAR 1 5 2002
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT

The Final Award issued by the International Chamber of Commerce, International Court of Arbitration (attached as Ex. A to the complaint) is CONFIRMED and JUDGMENT is entered against defendants Republic of the Congo and Caisse Congolaise D'Amortissement for $26,093,251.00.

/s/ James Robertson
Honorable James Robertson
United States District Judge

ECF DOCUMENT

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.
Date Filed: 3/15/02
NANCY MAYER-WHITTINGTON, CLERK
By: _____
9/21/04

Copies to:

Jonathan P. Graham, Esq.
Williams & Connolly LLP
725 12th St., N.W.
Washington, DC 20005

Republic of the Congo
c/o Head of the Ministry of Foreign Affairs
BP 98
Brazzaville, Congo

(N)

Caisse Congolaise D'Amortissement
BP 2090
Brazzaville, Congo

Caisse Congolaise D'Amortissement
c/o Head of the Ministry of Foreign Affairs
BP 98
Brazzaville, Congo

Certification of Judgment (AO 451 Rev - DC 3/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WALKER INTERNATIONAL HOLDINGS LIMITED

Plaintiff(s)

v.

Civil Action No. 00-2987(JR)

REPUBLIC OF THE CONGO, et al.,

Defendant(s)

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN ANOTHER DISTRICT

I, NANCY MAYER-WHITTINGTON, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on March 15, 2002, as it appears in the records of this court, and that:

☒ No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest order disposing of such a motion having been entered on: _____ . *

☐ An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on: _____ .

☐ An appeal was taken from this judgment and the appeal was dismissed by order entered on: _____ .

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on September 22, 2004.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk

* (NOTE: The motions listed in Rule 4(a), Fed. R. App. P., are motions for: judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

# EXHIBIT B

## SNPC OVER/UNDER CHECK

| date of BL | lifting n° | M/T Vessel | Selling price | BL Qty | ACTIVITIES | BRLS | O/U SNPC | O/U GOV |
|---|---|---|---|---|---|---|---|---|
| 28-nov-02 | 110 | ALTAIR VOYAGER | $23,5380 | 752 409 | Lift 110 remainder | 595 855 | 85 982 | |
| | | | | | 110 royalty | | | 82 859 |
| | | | | | Tax maritime (Lift 110) | 5 572 | | -5 572 |
| 18-janv-03 | 111 | VIRGO VOYAGER | $31,2184 | 818 024 | Lift 111 | 614 556 | 75 821 | |
| | | | 18-janv-03 | | 111 royalty | | | 75 373 |
| | | | | | Tax maritime (Lift 111) | 3 458 | | -3 458 |
| 03-mars-03 | 112 | KYEEMA SPIRIT | $31,6730 | 734 684 | Lift 112 | 730 517 | 91 327 | |
| | | | 05-mars-03 | | 112 royalty | | | 89 805 |
| | | | | | 4 th Qt 02 royalty | | | 15 521 |
| | | | | | Tax maritime (Lift 112) | 4 067 | | -4 067 |
| 06-avr-03 | 113 | AEGEAN SPIRIT | $20,7650 | 556 028 | Lift 113 (Snpc) | 556 028 | 113 511 | 378 482 | 378 482 |
| | | | 11-avr-03 | | 113 royalty | | | 85 413 |
| | | | | | 1st qtr 03 royalty | | | 38 014 |
| | | | | | Lift 113 lift cost | 47 923 | | |
| 20-06-2003 | 114 | VIRGO VOYAGER | $25,0400 | 882 770 | Lift 114 | 806 801 | 101 100 | |
| | | | 20-juin-03 | | 114 royalty | | | 104 325 |
| | | | | | Tax maritime (Lift 114) | 5 045 | | -5 045 |
| | 115 | SCF KHRISNY | $25,2500 | 550 023 | Lift 115 (Snpc) | 550 023 | -259 535 | 191 737 | 191 737 |
| | | | 06-août-03 | | 115 royalty | | | 96 054 |
| | | | | | 2nd qtr 03 royalty | | | 27 862 |
| | | | | | Lift 115 lift cost | 45 523 | | |
| | 116 | ALMUDAINA | $25,7937 | 811 437 | Lift 116 | 750 420 | 94 926 | |
| | | | 03-oct-03 | | 116 royalty | | | 93 807 |
| | | | | | 3rd qtr 03 royalty | | | 10 732 |
| | | | | | Tax maritime (Lift 116) | 5 494 | | -5 494 |
| | 117 | HARMONY | $25,0975 | 888 418 | Lift 117 | 683 782 | 85 473 | |
| | | | 25-nov-03 | | 117 royalty | | | 81 033 |
| | | | | | Tax maritime (Lift 117) | 4 634 | | -4 634 |
| | 118 | ASTRO SCULPTOR | $25,7400 | 900 003 | Lift 118 (Snpc) | 900 003 | -292 763 | 259 303 | 259 303 |
| | | | 12-janv-04 | | 118 royalty | | | 70 397 |
| | | | | | 4th qtr 03 royalty | | | 33 946 |
| | | | | | Lift 118 lift cost | 51 572 | | |
| | 119 | STELLAR VOYAGER | $23,3605 | 678 975 | Lift 119 | 627 504 | 78 451 | |
| | | | 10-mars-04 | | 119 royalty | | | 80 083 |
| | | | | | Tax maritime (Lift 119) | 5 084 | | -5 084 |
| | 120 | STELLAR VOYAGER | $29,5180 | 650 069 | Lift 120 | 650 069 | 81 259 | |
| | | | 03-mai-04 | | 120 royalty | | | 77 083 |
| | | | | | 1st Qt 04 royalty | | | 26 613 |
| | | | | | Tax maritime (Lift 120) | 3 841 | | -3 841 |
| | 121 | GENMAR CONSTANTINE | $29,7500 | 567 022 | Lift 121 (Snpc) | 567 022 | 208 572 | 291 147 | 291 147 |
| | | | 19-juin-04 | | 121 royalty | | | 57 750 |
| | | | | | Lift 121 lift cost | 34 022 | | |
| | 122 | SEBAROK SPIRIT | $27,2221 | 610 853 | Lift 122 | 566 771 | 70 846 | |
| | | | 18-août-04 | | 122 royalty | | | 73 723 |
| | | | | | 2nd qtr 04 royalty - estimation | | | 29 268 |
| | | | | | Tax maritime (Lift 122) | 3 915 | | -3 915 |
| | 123 | MT BRITISH HOLLY | $27,4730 | 654 677 | Lift 123 | 654 677 | 81 835 | |
| | | | 27-sept-04 | | 123 royalty | | | 78 372 |
| | | | | | Tax maritime (Lift 123) | 4 170 | | -4 170 |
| | | | | | 3rd qtr 04 royalty | | | 27 960 |
| | 124 | MT GENMAR NESTOR | $25,5506 | 500 013 | Lift 124 | 500 013 | 62 502 | |
| | | | 22-nov-04 | | 124 royalty | | | 59 310 |
| | | | | | Tax maritime (Lift 124) | 3 409 | | -3 409 |
| | | | | | regul TM | | | 22 675 |
| | 125 | MOSCOW RIVER | $35,2214 | 686 732 | Lift 125 (Snpc) | 686 732 | -134 135 | 547 124 | 547 124 |
| | | | 20-dec-2004 | | 125 royalty | | | 56 513 |
| | | | | | Lift 125 lift cost | 4 430 | | |
| | 126 | MT OLYMPIC FLAIR | $33,80 | 439 873 | Lift 126 | 439 873 | 54 907 | |
| | | | 19-févr-05 | | 126 royalty | | | 51 015 |
| | | | | | Tax maritime (Lift 126) | 2 299 | | -2 299 |
| | | | | | 4th qtr 04 royalty | | | 22 930 |
| | 127 | HARMONY | $37,0930 | 256 067 | Lift 127 | 256 067 | 31 883 | |
| | | | 15-mars-05 | | 127 royalty | | | 29 633 |
| | | | | | Tax maritime (Lift 127) | 1 212 | | -1 212 |
| | 128 | ADAIR | $40,3129 | 342 589 | Lift 128 | 342 589 | 42 824 | |
| | | | 21-avr-05 | | 128 royalty | | | 39 256 |
| | | | | | Tax maritime (Lift 128) | 1 486 | | -1 486 |
| | | | | | 1st qtr 05 royalty | | | 15 277 |
| | 129 | GENMAR TRUST | $42,6877 | 132 403 | Lift 129 | 132 403 | 16 550 | |
| | | | 23-juin-05 | | 129 royalty | | | 14 899 |
| | | | | | Tax maritime (Lift 129) | | | -644 |
| | 130 | NS CONCORD | $43,9038 | 435 029 | Lift 130 | 435 029 | 54 379 | |
| | | | 03-août-05 | | 130 royalty | | | 49 960 |
| | | | | | Tax maritime (Lift 130) | | | -1 726 |
| | | | | | 2nd qtr 05 royalty | | | 12 002 |
| | 131 | NS CONCEPT | $44,8753 | 805 006 | Lift 131 (Snpc) | 805 006 | 245 229 | 384 155 | 384 155 |
| | | | 07-sept-05 | | 131 royalty | | | 59 450 |
| | | | | | Lift 131 lift cost | 2 967 | | |
| | 132 | HELLESPONT | $50,2200 | 670 369 | Lift 132 | 670 369 | 83 796 | |
| | | | 20-nov-05 | | 132 royalty | | | 78 474 |
| | | | | | Tax maritime (Lift 132) | | | -2 333 |
| | | | | | 3nd qtr 05 royalty | | | 23 999 |
| | 133 | STAVRONISI | $50,3350 | 415 018 | Lift 133 | 415 018 | 51 877 | |
| | | | 31-déc-05 | | 133 royalty | | | 46 536 |
| | | | | | Tax maritime (Lift 133) | | | -1 443 |
| | | | | | 4nd qtr 05 royalty | | | 26 037 |
| | 134 | JASONAS | $50,9732 | 400 055 | Lift 134 | 400 055 | 50 007 | |
| | | | 08-févr-06 | | 134 royalty | | | 46 858 |
| | | | | | Tax maritime (Lift 134) | | | -1 371 |
| | 135 | SENANG SPIRIT | $55,0032 | 429 467 | Lift 135 (Snpc) | 429 467 | -178 810 | 253 673 | 253 673 |
| | | | 15-mai-06 | | 135 royalty | | | 60 332 |
| | | | | | Lift 135 lift cost | 2 396 | | |
| | | | | | 1st qtr 06 royalty | | | 7 341 |
| | 136 | OLYMPIC SPIRIT II | $50,5732 | 629 957 | Lift 136 | 629 957 | 78 745 | |
| | | | 28-juin-06 | | 136 royalty | | | 69 434 |
| | | | | | Tax maritime (Lift 136) | | | -2 168 |

CMSN 1713      -106 418   134 939     28 521

## TABLEAU REVISE DES PREVISIONS/REALISATIONS DE PRODUCTION NETTE (En barils) DE 2005 A 2008

| | 2005 | | | 2006 | | | 2007 | | 2008 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Prévisions | Réal. Nettes | ECART | Prévisions | Réal. Nettes | ECART | Prévisions | Réal. Nettes | Prévisions | ECART |
| JANVIER | 337 900 | 339 238 | -1 338 | 324 017 | 296 023 | 27 994 | 286 143 | | 251 361 | 251 361 |
| FÉVRIER | 299 852 | 232 843 | 67 009 | 289 565 | 274 112 | 15 453 | 255 833 | | 224 417 | 224 417 |
| MARS | 326 182 | 270 932 | 55 250 | 317 236 | 220 549 | 96 687 | 280 346 | | 245 564 | 245 564 |
| AVRIL | 310 140 | 214 543 | 95 597 | 303 716 | 285 717 | 17 999 | 277 447 | | 242 665 | 242 665 |
| MAI | 314 867 | 261 057 | 53 810 | 310 517 | 283 836 | 26 681 | 274 549 | | 239 767 | 239 767 |
| JUIN | 299 370 | 128 339 | 171 031 | 297 351 | 293 608 | 3 743 | 271 630 | | 236 868 | 236 868 |
| JUILLET | 303 924 | 295 891 | 8 033 | 304 077 | 304 138 | -61 | 268 752 | | 233 970 | 233 970 |
| AOÛT | 298 623 | 327 223 | -28 600 | 300 905 | 279 468 | 21 437 | 268 752 | | 233 970 | 233 970 |
| SEPTEMBRE | 283 920 | 257 839 | 26 081 | 288 241 | | 288 241 | 265 853 | | 231 071 | 231 071 |
| OCTOBRE | 288 269 | 294 809 | -6 540 | 294 854 | | 294 854 | 262 955 | | 228 173 | 228 173 |
| NOVEMBRE | 274 080 | 286 859 | -12 779 | 282 502 | | 282 502 | 260 056 | | 225 274 | 225 274 |
| DÉCEMBRE | 278 256 | 283 567 | -5 311 | 289 041 | | 289 041 | 257 158 | | 222 376 | 222 376 |
| TOTAL | 3 615 383 | 3 193 140 | 422 243 | 3 602 022 | 2 237 451 | 1 364 571 | 3 214 999 | 0 | 2 800 981 | 2 800 981 |

## TABLEAU COMPARATIF DE LA PRODUCTION CCIALISABLE ANNEES 2005 ET 2006 (En tonnes métriques)

### PRODUCTION (En tonnes métriques)

| | 2005 | 2006 | Progres/Regres |
|---|---|---|---|
| JANVIER | 50 272 | 44 195 | 6 077 |
| FÉVRIER | 34 434 | 40 924 | -6 490 |
| MARS | 40 450 | 32 927 | 7 523 |
| AVRIL | 32 030 | 42 657 | -10 627 |
| MAI | 38 976 | 42 377 | -3 401 |
| JUIN | 19 161 | 43 835 | -24 674 |
| JUILLET | 44 176 | 45 407 | -1 231 |
| AOÛT | 48 853 | 41 724 | 7 129 |
| SEPTEMBRE | 38 495 | | -38 495 |
| OCTOBRE | 44 015 | | -44 015 |
| NOVEMBRE | 42 828 | | -42 828 |
| DÉCEMBRE | 42 336 | | -42 336 |
| TOTAL | 476 026 | 334 046 | -141 980 |

## EXPORTATIONS ET COURS MOYEN DU BARIL EN 2006

| Mois | Prévisions (en barils) | Qté enlevées (en barils) | Prix/baril (en USD) | Chiffres d'Affaires (en USD) |
|---|---|---|---|---|
| JANVIER | | 0 | | 0,00 |
| FÉVRIER | | 0 | | 0,00 |
| MARS | | 490 055 | 50,9732 | 20 392 083,53 |
| AVRIL SNPC | | 529 467 | 51,0332 | 27 020 395,30 |
| MAI | | 0 | | 0,00 |
| JUIN | | 629 957 | 50,5732 | 31 858 941,35 |
| JUILLET | | 0 | | 0,00 |
| AOÛT | | 0 | | 0,00 |
| SEPTEMBRE | | 0 | | 0,00 |
| OCTOBRE | | 0 | | 0,00 |
| NOVEMBRE | | 0 | | 0,00 |
| DÉCEMBRE | | 0 | | 0,00 |
| TOTAL | | 1 559 479 | 50,8320 | 79 271 420,18 |

CMSN 1714

# C.M.S. NOMECO CONGO INC.

| FACTORS | DRY | WET | COND |
|---|---|---|---|
| API @ 60 | 18,10 | 17,50 | 49,90 |
| Scm/bbl | 0,15892 | 0,15892 | 0,15889 |
| Bbl/L.Tonne | 6,698 | 6,698 | 8,213 |

August, 31th 2006
OPENING STOCK @ 06:00 August 01
CLOSING stock @06:00 September 01

| Days in Month | 31 |
|---|---|

### DRY OIL STORAGE CLOSING INVENTORY

| Tank | Temp | GOV | VCF | GSV |
|---|---|---|---|---|
| 1C | 98,0 | 110 381 | 0,9847 | 108 694 |
| 3C | 100,5 | 135 652 | 0,9837 | 133 441 |
| 5C | 97,5 | 127 756 | 0,9849 | 125 830 |
| 1P | 91,6 | 84 236 | 0,9874 | 83 170 |
| 1S | 91,0 | 85 456 | 0,9876 | 84 395 |
| 3P | 79,4 | 65 929 | 0,9922 | 65 417 |
| 3S | 79,5 | 72 282 | 0,9922 | 71 718 |
| 5P | 87,7 | 51 419 | 0,9889 | 50 849 |
| 5S | 97,0 | 69 387 | 0,9851 | 68 355 |
| Total Dry Storage | | 802 498 | | 791 871 |

### Prior Month Closing INVENTORY - GSV

| | |
|---|---|
| Dry Oil | 515 965 |
| Wet Oil 2C/4C/P | 16 725 |
| Cond | 8 631 |

### LIFTINGS

| | GSV |
|---|---|

### GROSS FUEL USED

| Crude | 11 544 |
|---|---|
| Cond. | 3 460 |

### WET OIL STORAGE CLOSING INVENTORY

| Tank | Temp | GOV WET | BS&W | GOV DR | F6B | GSV |
|---|---|---|---|---|---|---|
| 2C | 83,0 | 0 | 35,00% | 0 | 0,9880 | 0 |
| 4C | 98,8 | 30 033 | 35,00% | 19 822 | 0,9879 | 19 582 |
| PS | 97,2 | 1 099 | 35,00% | 714 | 0,9880 | 706 |
| Total Wet Storage | | 31 132 | 57,52% | 20 536 | 0,9902 | |

### CONDENSATE STORAGE CLOSING INVENTORY

| S/SLP | 86,0 | 15 894 | 35,00% | 10 490 | 0,8776 | 9 206 |
|---|---|---|---|---|---|---|
| Total Cond Storage | | 9 835 | 0,00% | 9 835 | 0,8776 | 9 206 |

### INVENTORY SUMMARY - STANDARD BARRELS @ 60 F

| | Closing | Opening | Inv Chg | Fuel | Lifted | Produced |
|---|---|---|---|---|---|---|
| Dry Crude | 791 871 | 515 965 | 275 906 | 11 544 | 0 | 287 450 |
| Wet Crude | 20 288 | 16 725 | 3 563 | 0 | 0 | 3 563 |
| Cond. | 9 206 | 8 631 | 575 | 3 460 | 0 | 4 035 |
| Total | 821 364 | 541 321 | 280 043 | 15 004 | 0 | 295 047 |

| MONTHLY PRODUCTION SUMMARY | STANDARD BARRELS | CUBIC METERS | METRIC TONNES |
|---|---|---|---|
| Crude Inventory Change | 279 468 | 44 413 | 41 724 |
| Condensate Inventory Change | 575 | 91 | 70 |
| Crude Fuel Consumption | 11 544 | 1 835 | 1 723 |
| Cond. Fuel Consumption | 3 460 | 550 | 421 |
| Lifted Volume | 0 | 0 | 0 |
| Crude and Condensate production | 295 047 | 46 889 | 43 939 |
| Crude Production | 291 012 | 46 248 | 43 448 |
| Dry Crude for sale (produced to dry tanks exc fuel inc reproce | 275 906 | | |
| Average Daily Crude and Cond. Production | 9 518 | 1 513 | 1 417 |
| Average Daily Crude Production | 9 387 | 1 492 | 1 402 |
| Average Daily Crude Prodn Excluding Fuel | 9 015 | 1 433 | 1 346 |
| Average Daily Dry Crude For Sale (Excluding Fuel) | 8 900 | | |

CMSN 1715

**CMS NOMECO**
**Pricing Schedule**

**Pricing based on New York HARBOR N° 6.1**

| août-06 | Date | Min | Max | Average |
|---|---|---|---|---|
| | 1-août | 51,300 | 51,500 | 51,400 |
| | 2-août | 52,000 | 52,200 | 52,100 |
| | 3-août | 51,850 | 52,050 | 51,950 |
| | 4-août | 51,250 | 51,450 | 51,350 |
| 5-août | | | | |
| 6-août | | | | |
| | 7-août | 52,450 | 52,650 | 52,550 |
| | 8-août | 51,950 | 52,150 | 52,050 |
| | 9-août | 52,700 | 52,900 | 52,800 |
| | 10-août | 51,450 | 51,650 | 51,550 |
| | 11-août | 51,650 | 51,850 | 51,750 |
| 12-août | | | | |
| 13-août | | | | |
| | 14-août | 50,700 | 50,900 | 50,800 |
| | 15-août | 50,300 | 50,500 | 50,400 |
| | 16-août | 50,150 | 50,350 | 50,250 |
| | 17-août | 49,100 | 49,300 | 49,200 |
| | 18-août | 49,850 | 50,050 | 49,950 |
| 19-août | | | | |
| 20-août | | | | |
| | 21-août | 50,750 | 50,950 | 50,850 |
| | 22-août | 50,550 | 50,750 | 50,650 |
| | 23-août | 49,600 | 49,800 | 49,700 |
| | 24-août | 49,600 | 49,800 | 49,700 |
| | 25-août | 49,600 | 49,800 | 49,700 |
| 26-août | | | | |
| 27-août | | | | |
| | 28-août | 47,850 | 48,050 | 47,950 |
| | 29-août | 47,100 | 47,300 | 47,200 |
| | 30-août | 46,650 | 46,850 | 46,750 |
| | 31-août | 46,650 | 46,850 | 46,750 |
| | | | Total | 1 157,3500 |
| | | | Nbre de jours | 23 |
| | | | Moyenne | 50,3196 |

2006 COURS MOYEN FUEL N° 6.1aout06

CMSN 1716

# EXHIBIT C



# PERENCO

17th September 2002

## PERENCO COMPLETES CMS ACQUISITION

Perenco has completed the acquisition of CMS Oil and Gas Company which owns oil and gas producing properties in USA, Republic of Congo, Cameroon, and Tunisia and an exploration permit in Eritrea. The acquisition of CMS' interests in Venezuela is the subject of a separate transaction for which certain approvals are still pending, and completion is anticipated in October.

Perenco is a European exploration and production company with operations in Latin America, West Africa, Turkey and USA. Following the closing of this transaction, Perenco's total operated production is expected to be 190,000 bopd with Perenco's net share over 140,000 bopd.

Further information can be found at www.perenco.com or contact
Paddy Spink +44 20 7376 5250.

Perenco PLC  100 Sydney Street London SW3 6NJ UK.  Tel: +44 (0)20 7376 5250  Fax: +44 (0)20 7376 4290  Reg. in England 4006589  VAT No. 503 4305 94