# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

WALKER INTERNATIONAL HOLDINGS
LIMITED,
        Plaintiff,

-vs-                                    Case No. A-03-CA-117-SS

REPUBLIC OF CONGO, et al.,
        Defendants.

## ORDER

BE IT REMEMBERED on the 6th day of July 2005 the Court, having received five original letters of instruction executed by William G. Putnicki, Clerk of Court for the United States District Court for the Western District of Texas on July 5, 2005, enters the following:

IT IS ORDERED that the Clerk of this Court shall file an original of the July 5 order in this case and forward an original of each of these letters of instruction to the following: CNS Nomeco Congo, Inc., Nuevo Congo Company, Nuevo Congo, Ltd., c/o Their Counsel Mr. Guy S. Lipe, Vinson & Elkins, L.L.P., 1001 Fannin, Suite 2300, Houston, Texas 77002-6760; Steve McConnico, counsel for Walker International Holding Limited; and each attorney of record for the Republic of Congo.

SIGNED this the 6th day of July 2005.

_____
UNITED STATES DISTRICT JUDGE

26

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

WALKER INTERNATIONAL HOLDINGS
LIMITED,

           Plaintiff,

-vs-                                                Case No. A-03-CA-117-SS

REPUBLIC OF CONGO, et al.,

           Defendants.

---

CMS Nomeco Congo, Inc.
Nuevo Congo Company
Nuevo Congo, Ltd.
c/o Their Counsel
Mr. Guy S. Lipe
Vinson & Elkins, L.L.P.
1001 Fannin, Suite 2300
Houston, Texas 77002-6760

Ladies and Gentlemen:

      Pursuant to the Turnover Order entered by the United States District Court for the Western District of Texas, the Republic of Congo ("Congo"), on its own behalf or though its lawfully authorized designee, hereby demands, directs, and elects that you pay into the registry of the United States District Court for the Western District of Texas in cash all mineral royalty due under the Joint Operating Agreement ("JOA") dated May 25, 1979 to the Republic of Congo in accordance with Articles 7 and 4.11, respectively, of the Convention regarding Marine I Field dated May 25, 1979 ("the Convention") and the JOA. This letter supplements the letter of instruction sent to you pursuant to the Turnover Order entered by the United States District Court in civil action, No. A-01-CV-321-SS.

      The amounts to be paid pursuant to the preceding paragraph shall include all royalty amounts currently owed by either you, your successors and assigns, or your affiliates, to the Congo pursuant to the JOA and Convention in respect of all periods beginning ninety days from the date of this letter. This payment instruction takes effect immediately following your satisfaction of the payment obligation under the Turnover Order issued to another of the Congo's creditors, Af-Cap, Inc., in civil action, No. A-01-CV-321-SS. The payments made to the registry of the Court shall, to the extent thereof, be considered by the Congo as fulfillment of your obligations, and shall be treated by the Congo as payment of the royalty.

This payment instruction shall be irrevocable except that it shall expire when payments to the Court's registry are no longer required by the terms of the attached Turnover Order entered by the United States District Court for the Western District of Texas.

By order of the Court,

_William G. Putnicki_
William G. Putnicki,
Clerk of Court

Dated: July 5, 2005