# EXHIBIT L



TOTAL P.05

Office of the Secretary of State
Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697

**FILED**
In the Office of the
Secretary of State of Texas

MAR 3 1 2005

Corporations Section

## APPLICATION FOR
## CERTIFICATE OF WITHDRAWAL

Pursuant to the appropriate provision of the Texas Business Corporation Act, the Texas Non-Profit Corporation Act or the Texas Limited Liability Company Act, the undersigned entity hereby applies for a certificate of withdrawal from the State of Texas and for that purpose submits the following statement:

1. The name of the entity is <u>CMS NOMECO Congo, Inc.</u>

2. It is organized under the laws of <u>Delaware</u>

3. It is not transacting business or conducting affairs in the State of Texas.

4. It hereby surrenders its authority to transact business in Texas.

5. It revokes the authority of its registered agent in the State of Texas to accept service of process and consents that service of process in any action, suit or proceeding based upon any cause of action arising in this state during the time it was authorized to transact business or conduct affairs may hereafter be made on it by service thereof on the secretary of state of Texas.

6. The post office address to which the secretary of state may mail a copy of any process against the entity that may be served on the secretary of state is:

   10 Duke of York Square

   London, UK SW3 4LY

7. All sums due, or accrued, by this corporation to the State of Texas have been paid, or adequate provision has been made for the payment thereof.

8. If the entity is a non-profit corporation, all known creditors or claimants have been paid or provided for and the corporation is not involved in or threatened with litigation in any court in the State of Texas, or adequate provision has been made for the satisfaction of any judgment, order or decree which may be entered against it in any pending suits. If the entity is a limited liability company, all known creditors or claimants have been paid or provided for and the limited liability company is not involved in or threatened with litigation in any court in the State of Texas.

*R. M____ P.*

Authorized Officer of Corporation
Member or Manager of Limited Liability Company



# TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

CAROLE KEETON STRAYHORN · COMPTROLLER · AUSTIN, TEXAS 78774

March 31, 2005

CMS NOMECO CONGO INC
212 W MICHIGAN AVE # M-408
JACKSON, MI 49201-2236

## CERTIFICATE OF ACCOUNT STATUS

THE STATE OF TEXAS
COUNTY OF TRAVIS

I, Carole Keeton Strayhorn, Comptroller of Public Accounts of the State of Texas,
DO HEREBY CERTIFY that according to the records of this office

CMS NOMECO CONGO INC

has filed all required reports for taxes administered by the Comptroller under
Title 2, Tax Code, and taxes reported due on those reports have been paid. This
certificate must be filed with the Texas Secretary of State to legally end the
corporation's existence in Texas. This certificate is valid for the purpose of
dissolution, merger, conversion, or withdrawal through December 31, 2005.

GIVEN UNDER MY HAND AND
SEAL OF OFFICE in the City of
Austin, this 31st day of
March, 2005 A.D.

*Carole Keeton Strayhorn*

Carole Keeton Strayhorn
Texas Comptroller

Taxpayer number: 13632949718
File number: 0010444906

NOTE: Failure by Texas corporations to legally dissolve, merge, or convert with the Texas Secretary of State on or before the
expiration of this certificate, will result in additional franchise tax responsibilities. Out of state corporations are responsible
for franchise tax through the last date of business in this state.

Form 05-305 (Rev. 1-03/13)

# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

WALKER INTERNATIONAL HOLDINGS
LIMITED,
          Plaintiff,

-vs-                                        Case No. A-03-CA-117-SS

REPUBLIC OF CONGO, et al.,
          Defendants.

---

CMS Nomeco Congo, Inc.
Nuevo Congo Company
Nuevo Congo, Ltd.
c/o Their Counsel
Mr. Guy S. Lipe
Vinson & Elkins, L.L.P.
1001 Fannin, Suite 2300
Houston, Texas 77002-6760

Ladies and Gentlemen:

    Pursuant to the Turnover Order entered by the United States District Court for the Western District of Texas, the Republic of Congo ("Congo"), on its own behalf or though its lawfully authorized designee, hereby demands, directs, and elects that you pay into the registry of the United States District Court for the Western District of Texas in cash all mineral royalty due under the Joint Operating Agreement ("JOA") dated May 25, 1979 to the Republic of Congo in accordance with Articles 7 and 4.11, respectively, of the Convention regarding Marine I Field dated May 25, 1979 ("the Convention") and the JOA. This letter supplements the letter of instruction sent to you pursuant to the Turnover Order entered by the United States District Court in civil action, No. A-01-CV-321-SS.

    The amounts to be paid pursuant to the preceding paragraph shall include all royalty amounts currently owed by either you, your successors and assigns, or your affiliates, to the Congo pursuant to the JOA and Convention in respect of all periods beginning ninety days from the date of this letter. This payment instruction takes effect immediately following your satisfaction of the payment obligation under the Turnover Order issued to another of the Congo's creditors, Af-Cap, Inc., in civil action, No. A-01-CV-321-SS. The payments made to the registry of the Court shall, to the extent thereof, be considered by the Congo as fulfillment of your obligations, and shall be treated by the Congo as payment of the royalty.

This payment instruction shall be irrevocable except that it shall expire when payments to the Court's registry are no longer required by the terms of the attached Turnover Order entered by the United States District Court for the Western District of Texas.

By order of the Court,

*William G. Putnicki*
William G. Putnicki,
Clerk of Court

Dated: July 5, 2005

-2-