# EXHIBIT O

Case 1:05-mc-00156-SLR    Document 36-19    Filed 01/11/2007    Page 2 of 3



# Delaware Secretary of State Gateway

This data is for information purposes only, certification can only be obtained through the Division of Corporations, or from a Delaware Registered Agent's office located within the State of Delaware.

Source Info

## Detail Information

Date/Time of Results: 12-01-2006 at 10:13

| | | |
|---|---|---|
| File Number: 2031230 | Name Type: Inactive Delaware Co. | Stock Co Flag: Stock Company |
| Name: CMS NOMECO CONGO, LLC | | |
| Kind: Ltd. Liability Company General | Status: Converted as of 11-21-2006 | Tax Type: Annual L.L.C. Tax |
| Residency: Domestic | State of Incorp: DE | Country: US |
| Original Country: | Incorp/Qualify Date: 03-23-1984 | Foreign Incorporation Date: |
| Proclamation Date: | Renewal Date: | Expiration Date: |
| Bankruptcy Status: | Bankruptcy Date: | State: |
| Case Number: | Merged To: | State: |
| Federal ID: 363294971 | Quarterly Filing?: | Last Annual Report: 2004 |
| Registered Agent: 9000010 THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON, DE19801 | Registered Agent County: New Castle Phone: 302-658-7581 Fax: 302-655-5049 | |

### Stock Information:

Amendment Number: 001   Effective Date: 08-10-2005   Effective Time: 14:00

| Stock Seq Number | Description | Series | Class | Authorized | Par Value |
|---|---|---|---|---|---|
| 1 | COMMON | | | | 100.000000 |

### Filing History:

| Seq Number | Filing Year | Doc Code | Doc Code Desc | Doc Pages | Dom Pages | Doc Filing Date | Doc Filing Time | Doc Effective Date | Doc Filing Status | Co Prev Name | Merger Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2006 | 1721C | Conversion;End Existence | 1 | | 11-21-2006 | 15:23 | 11-21-2006 | | | |
| 2 | 2005 | 17217 | Conversion & Formation | 1 | 1 | 08-10-2005 | 14:00 | 08-10-2005 | | CMS NOMECO CONGO, INC. | |
| 3 | 1996 | 0240 | Amendment; Domestic | 1 | 1 | 04-15-1996 | 11:45 | 04-15-1996 | | WALTER INTERNATIONAL CONGO, IN | |
| 4 | 1995 | 0250S | Merger; Survivor | 3 | 1 | 02-24-1995 | 13:31 | 02-24-1995 | | AMOCO CONGO EXPLORATION COMPAN | MERGER |
| 5 | 1984 | 0103 | Correction, N/C | 2 | 1 | 09-24-1984 | 10:00 | 09-24-1984 | | | |

| Tax Info: |||||||| 
|---|---|---|---|---|---|---|---|
| As Of Date: 12-01-2006 Tax Balance: .00 |||||||| 
| Tax Year | Total Filing | Total Taxes | Total Penalty | Total Interest | Total Other | Total Paid | Total Balance |
| 2006 | .00 | 200.00 | .00 | .00 | .00 | 200.00 | .00 |
| 2005 | .00 | 268.43 | .00 | .00 | .00 | 268.43 | .00 |
| 2004 | 25.00 | 112.50 | .00 | .00 | .00 | 137.50 | .00 |

Go Back

Go Back to Search

About LexisNexis | Terms and Conditions | Change Password
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.
Delaware graphic courtesy of The General Libraries, The University of Texas at Austin.