# EXHIBIT P

Roland Fox                    Connecticut v Congo                    30th November 2006

IN THE UNITED STATES DISTRICT COURT TEXAS
FOR THE DISTRICT OF DELAWARE

```
-------------------------------)
CONNECTICUT BANK OF            )
COMMERCE,                      )
        Plaintiff )
                               )
    v.          ) Civil Action No.
                ) 05-726 SLR
                               )
THE REPUBLIC OF CONGO          )
        Defendant )
                               )
                               )
CMS NOMECO CONGO, INC.,        )
        Garnishee )
                               )
-------------------------------)
```

Deposition of:

MR. ROLAND FOX

taken at the offices of:

Olswang
90 High Holborn
London
WC1V 6XX
UK

on Thursday, November 30, 2006
commencing at 9:12 a.m.

**ORIGINAL**

Page 1

Roland Fox                    Connecticut v Congo              30th November 2006

### APPEARANCES

For the plaintiffs:
    MR. KENNETH P. KAPLAN
    GREENBERG TRAURIG, LLP
    800 Connecticut Ave., NW,
    Suite 500
    Washington, D.C. 20006
    Tel: 202.331.3191
    E-mail: kaplank@gtlaw.com

    MR. SANFORD M. SAUNDERS
    GREENBERG TRAURIG, LLP
    800 Connecticut Ave., NW,
    Suite 500
    Washington, D.C. 20006
    Tel: 202.331.3130
    E-mail: saunderss@gtlaw.com

For the defendants:
    MR. GUY S. LIPE
    VINSON & ELKINS LLP
    First City Tower
    1001 Fannin Street
    Suite 2300
    Houston, Texas 777002-6760
    Tel: 713.758.1109
    E-mail: glipe@velaw.com

Also present:    MR. ANDREW B. DERMAN
    THOMPSON & KNIGHT LLP
    1700 Pacific Avenue
    Suite 3300
    Dallas, Texas 75201
    Tel: 214.969.1307
    E-mail: andrew.derman@tklaw.com

Court reporter:

> KAREN McKENDRY
> Wordwave International
> 190 Fleet Street
> London EC4A 2AG
> Tel: +44 (0)207 404 1400
> Fax: +44 (0)207 404 1424

Page 3

Merrill Legal Services
(+44) 207 404 1400

www.merrillcorp.com

190 Fleet Street
London EC4A 2AG

| Roland Fox | Connecticut v Congo | 30th November 2006 |

# INDEX

| WITNESS | PAGE |
|---|---|
| ROLAND FOX | 8 |
| DIRECT EXAMINATION BY MR. KAPLAN: | 9 |

Page 4

Merrill Legal Services
(+44) 207 404 1400

www.merrillcorp.com

190 Fleet Street
London EC4A 2AG

Roland Fox                Connecticut v Congo              30th November 2006

| | | |
|---|---|---|
| 1 | let me just read this again. | 02:45:11 |
| 2 | No, you're right. You're right, thinking about | 02:45:21 |
| 3 | it. | 02:45:24 |
| 4 | Q. What am I right about, because now I've | 02:45:24 |
| 5 | confused myself. | 02:45:27 |
| 6 | A. You're right that what is happening is that | 02:45:28 |
| 7 | those costs are being treated as a deductible cost prior to | 02:45:30 |
| 8 | the calculation of the royalty. That is what this is | 02:45:37 |
| 9 | saying. | 02:45:40 |
| 10 | Q. And what is the effect of treating that -- of | 02:45:41 |
| 11 | treating it as a deductible cost prior to the calculation of | 02:45:45 |
| 12 | the royalty? | 02:45:52 |
| 13 | A. I would imagine that leads to a smaller | 02:45:53 |
| 14 | royalty delivery to the Government. | 02:45:56 |
| 15 | Q. In -- | 02:45:59 |
| 16 | A. Could you just give me a second to just try | 02:46:00 |
| 17 | and understand this carefully? Yeah, it would make a minor | 02:46:02 |
| 18 | change to the amount of royalty oil which the Government | 02:46:17 |
| 19 | takes. | 02:46:23 |
| 20 | Q. Is SNPC authorized to sign off on a reduction | 02:46:24 |
| 21 | in the Government oils royalty? | 02:46:27 |
| 22 | A. It hasn't done that. In fact, it's the party | 02:46:30 |
| 23 | that's saying that they consider -- or they're asking that | 02:46:33 |
| 24 | the -- that CMS examine whether that's appropriate or not. | 02:46:37 |
| 25 | Q. Currently this is how the parties are | 02:46:42 |

Page 144

Merrill Legal Services
(+44) 207 404 1400    www.merrillcorp.com    190 Fleet Street
London EC4A 2AG

Roland Fox | Connecticut v Congo | 30th November 2006

| | | |
|---|---|---|
| 1 | proceeding though; correct? | 02:46:44 |
| 2 | A. **The lifting -- the $150,000 is a deduction,** | 02:46:47 |
| 3 | **yes.** | 02:46:50 |
| 4 | Q. So the practical effect is that SNPC has | 02:46:51 |
| 5 | signed off on the Government -- on the Government -- | 02:46:55 |
| 6 | A. **Absolutely not.** | 02:47:00 |
| 7 | Q. -- losing a portion? | 02:47:01 |
| 8 | A. **Absolutely not.** | 02:47:03 |
| 9 | Q. -- of their royalty? | 02:47:04 |
| 10 | A. **Absolutely not.** | 02:47:05 |
| 11 | Q. Why do you say "absolutely not"? | 02:47:07 |
| 12 | A. **Because here SNPC is disputing the right of** | 02:47:09 |
| 13 | **CMS or asking CMS to consider whether it's appropriate.** | 02:47:13 |
| 14 | **It's not signing off on it at all.** | 02:47:16 |
| 15 | Q. And CMS has done nothing because it's not in | 02:47:19 |
| 16 | their interest to do so; correct? | 02:47:21 |
| 17 | A. **That's correct.** | 02:47:24 |
| 18 | Q. Just trying to recap. There's an agreement | 02:47:52 |
| 19 | between Congo and CMS with regard to the maritime tax | 02:47:55 |
| 20 | off-set; correct? | 02:47:59 |
| 21 | A. **No.** | 02:48:00 |
| 22 | Q. I thought we discussed earlier that the | 02:48:02 |
| 23 | maritime tax that CMS indirectly had to pay by virtue of | 02:48:04 |
| 24 | having to pay the shippers, Congo agreed that CMS could take | 02:48:13 |
| 25 | an offtake? | 02:48:18 |

Merrill Legal Services
(+44) 207 404 1400
www.merrillcorp.com
190 Fleet Street
London EC4A 2AG

Roland Fox                Connecticut v Congo              30th November 2006

| | | |
|---|---|---|
| 1 | A. No. It's an acquiescence is how I described | 02:48:19 |
| 2 | it. | 02:48:23 |
| 3 | Q. What do you mean by "acquiescence"? | 02:48:23 |
| 4 | A. They've gone along with it. | 02:48:26 |
| 5 | Q. You sought their approval for the | 02:48:28 |
| 6 | acquiescence -- and by "you" I mean CMS? | 02:48:30 |
| 7 | A. Sought their approval? I think -- I don't | 02:48:38 |
| 8 | know whether we -- whether CMS sought the approval or not | 02:48:42 |
| 9 | but it happened. My -- my understanding, from what | 02:48:45 |
| 10 | I learned at the time when this acquisition was made, was | 02:48:51 |
| 11 | that the Government considered or elements of the Government | 02:48:56 |
| 12 | considered -- were objecting to the fact that the | 02:49:00 |
| 13 | Hydrocarbons Ministry was receiving too much money; and this | 02:49:04 |
| 14 | was one way of sharing money around the various ministries, | 02:49:07 |
| 15 | and therefore it was acquiesced in without it being any | 02:49:11 |
| 16 | agreement. | 02:49:24 |
| 17 | Q. Are there any other acquiescences between CMS | 02:49:37 |
| 18 | and Congo, as you call them, that I haven't covered? | 02:49:42 |
| 19 | A. I can't think of any at the moment. | 02:49:45 |
| 20 | Q. Reading through the document request | 02:49:58 |
| 21 | responses -- were you involved in this in the preparation of | 02:49:59 |
| 22 | the document request responses? | 02:50:03 |
| 23 | A. Yes. | 02:50:05 |
| 24 | Q. You reviewed them? | 02:50:06 |
| 25 | A. Yes. | 02:50:11 |

| | | |
|---|---|---|
| 1 | Q. What about the interrogatory responses? | 02:50:11 |
| 2 | A. Yes. | 02:50:13 |
| 3 | Q. And you reviewed those? | 02:50:14 |
| 4 | A. Yes. | 02:50:15 |
| 5 | Q. The request for admissions as well? You | 02:50:16 |
| 6 | reviewed those? | 02:50:18 |
| 7 | A. Yes. | 02:50:19 |
| 8 | Q. The document requests assert a joint defence | 02:50:22 |
| 9 | privilege. Are you familiar with that? | 02:50:27 |
| 10 | A. What it means? | 02:50:29 |
| 11 | Q. Are you familiar with -- well, yes, do you | 02:50:31 |
| 12 | know what it -- what that means? | 02:50:35 |
| 13 | A. Not entirely, no. | 02:50:37 |
| 14 | Q. What's your understanding of the joint defence | 02:50:38 |
| 15 | privilege? | 02:50:41 |
| 16 | A. "Not entirely" is probably a very bad thing to | 02:50:42 |
| 17 | say. I'm not sure what it does mean. I'm not an expert on | 02:50:46 |
| 18 | legal privilege in the US. | 02:50:52 |
| 19 | Q. Okay. That's fair. Are you aware of the | 02:50:53 |
| 20 | basis for that objection? What is the basis for the | 02:51:11 |
| 21 | objection under the joint defence privilege in -- | 02:51:14 |
| 22 | A. Could I see the -- where it is actually -- | 02:51:17 |
| 23 | Q. I just want to make sure I focus you before | 02:51:19 |
| 24 | I -- before I give it to you. Just give me a second. The | 02:51:22 |
| 25 | copy at page 3, which is where it is asserted, is missing. | 02:52:16 |

Roland Fox　　　　　Connecticut v Congo　　　　　30th November 2006

| | | |
|---|---|---|
| 1 | Let me see if there's one here. Here we go. I'm just going | 02:52:22 |
| 2 | to read into the record the General Objection from | 02:53:02 |
| 3 | Defendant, CMS Nomeco Congo, Inc.'s, Responses to | 02:53:07 |
| 4 | Plaintiff's First Request for Production. This is on page 2 | 02:53:12 |
| 5 | of the document: | 02:53:16 |
| 6 | "CMS objects to each document request to the | 02:53:17 |
| 7 | extent it would require CMS to make or to divulge | 02:53:19 |
| 8 | information protected by the work product doctrine, the | 02:53:30 |
| 9 | attorney/client privilege, the joint defence/common interest | 02:53:32 |
| 10 | privilege and/or any other applicable privilege or | 02:53:38 |
| 11 | protection. To the extent that CMS objects to any document | 02:53:43 |
| 12 | request, for reasons other than privilege, CMS Nomeco | 02:53:47 |
| 13 | objects to any attempt to impose upon it an obligation to | 02:53:52 |
| 14 | privilege long any documents responsive only to the | 02:53:53 |
| 15 | objectionable portion of a request until a reasonable time | 02:53:57 |
| 16 | after CMS Nomeco's other objections may be heard and | 02:54:00 |
| 17 | resolved. CMS Nomeco will produce a log of other privileged | 02:54:07 |
| 18 | documents no later than December 31, 2006 and objects, on | 02:54:07 |
| 19 | relevancy grounds, to any purported requirement that it | 02:54:12 |
| 20 | produce such log sooner." | 02:54:15 |
| 21 | And I apologize I don't have the right one with | 02:54:23 |
| 22 | me. That is -- take on face value that's what's in here, | 02:54:26 |
| 23 | you guys are free to check when you go back. | 02:54:29 |
| 24 | With regard to the joint defence common interest | 02:54:32 |
| 25 | privilege that was asserted, do you know the basis for that | 02:54:34 |

Page 148

| | | |
|---|---|---|
| 1 | objection? | 02:54:38 |
| 2 | A. No, I'm relying on legal advice I got. | 02:54:39 |
| 3 | Q. You're relying on legal advice for making the | 02:54:42 |
| 4 | objection? | 02:54:46 |
| 5 | A. For -- yes. | 02:54:47 |
| 6 | Q. Do you know if you have a joint defence | 02:54:48 |
| 7 | agreement with Congo, as the defendant in this action -- do | 02:54:51 |
| 8 | you know if you have a joint defence agreement with Congo? | 02:54:56 |
| 9 | A. I don't believe we have, no. In fact we | 02:54:59 |
| 10 | don't; I'm sure we don't. | 02:55:02 |
| 11 | Q. I'm sorry? | 02:55:04 |
| 12 | A. I'm sure we don't. | 02:55:05 |
| 13 | Q. You're sure you don't. Do you know of any | 02:55:07 |
| 14 | other joint defence agreements that CMS Nomeco has with | 02:55:09 |
| 15 | anyone associated with the District of Delaware litigation? | 02:55:17 |
| 16 | A. No, there are none. | 02:55:22 |
| 17 | Q. Is there anyone else that we could ask whether | 02:55:31 |
| 18 | or not there's a joint defence agreement in place, such that | 02:55:36 |
| 19 | this objection would be appropriate? | 02:55:40 |
| 20 | MR. LIPE: I object to the form. | 02:55:43 |
| 21 | A. I don't -- I don't believe there is a joint -- | 02:55:46 |
| 22 | there's no agreement between us and anybody else for a joint | 02:55:49 |
| 23 | defence. | 02:55:52 |
| 24 | Q. And you would know because the chief legal | 02:55:53 |
| 25 | officer and -- | 02:55:56 |

Page 149

Merrill Legal Services
(+44) 207 404 1400

www.merrillcorp.com

190 Fleet Street
London EC4A 2AG

Roland Fox                 Connecticut v Congo              30th November 2006

| | | |
|---|---|---|
| 1 | A. I should know if there was one, yes. | 02:55:57 |
| 2 | MR. KAPLAN: We'll put this on our list of things | 02:56:09 |
| 3 | to discuss after the deposition. Maybe Mr. -- | 02:56:11 |
| 4 | MR. LIPE: There are -- there are no joint defence | 02:56:15 |
| 5 | agreements. | 02:56:17 |
| 6 | MR. KAPLAN: Well, what's the basis for the joint | 02:56:18 |
| 7 | defence privilege assertion? | 02:56:19 |
| 8 | MR. LIPE: First of all, we're not claiming joint | 02:56:21 |
| 9 | defence privilege with regard to any documents generated in | 02:56:22 |
| 10 | connection with the Delaware litigation. Did you hear that? | 02:56:24 |
| 11 | MR. KAPLAN: Yes. Yeah. | 02:56:29 |
| 12 | MR. LIPE: Your document requests seek documents | 02:56:32 |
| 13 | relating to the Texas litigation. The joint defence | 02:56:34 |
| 14 | privilege would apply only to the extent the court would | 02:56:37 |
| 15 | determine that communications generated in connection with | 02:56:42 |
| 16 | the Texas garnishment litigation are discoverable in this | 02:56:46 |
| 17 | case. But there is no joint defence agreement with regard | 02:56:50 |
| 18 | to the Texas litigation either. | 02:56:54 |
| 19 | MR. KAPLAN: Who are the agreements -- who are the | 02:56:57 |
| 20 | communications between that are the -- are potentially the | 02:56:59 |
| 21 | subject of the privilege? | 02:57:02 |
| 22 | MR. LIPE: It would be communications | 02:57:06 |
| 23 | Cleary & Gotlieb lawyers and Vinson Elkins lawyers in | 02:57:08 |
| 24 | connection with the Texas litigation. | 02:57:17 |
| 25 | If you look at the first two requests in your | 02:57:26 |

| | | |
|---|---|---|
| 1 | document request, you're seeking documents relating to | 02:57:30 |
| 2 | litigation brought by Af-Cap and any other judgment | 02:57:34 |
| 3 | creditors of the Congo without geographic or time | 02:57:38 |
| 4 | limitation. I interpreted that request as seeking every | 02:57:41 |
| 5 | communication generated in connection with the Texas | 02:57:46 |
| 6 | garnishment actions. | 02:57:51 |
| 7 | MR. KAPLAN: I think this general matter -- the | 02:57:53 |
| 8 | interpretation -- you've broadened the interpretation beyond | 02:57:55 |
| 9 | what the request asks for. | 02:58:05 |
| 10 | MR. LIPE: I'm glad to hear that. Maybe we don't | 02:58:07 |
| 11 | have a dispute then. There are no joint defence documents | 02:58:10 |
| 12 | in connection with the Delaware litigation. | 02:58:13 |
| 13 | MR. KAPLAN: But there -- | 02:58:17 |
| 14 | Q. Mr. Fox, were you aware that there were | 02:58:19 |
| 15 | communications between lawyers for CMS Nomeco and lawyers | 02:58:22 |
| 16 | for the Congo during the Texas litigation? | 02:58:27 |
| 17 | A. Yes. | 02:58:31 |
| 18 | Q. Did you authorize those communications? | 02:58:32 |
| 19 | **A. They were carried out by the lawyers.** | 02:58:34 |
| 20 | **I believe there were communications with the lawyers acting** | 02:58:52 |
| 21 | **for the claimants as well.** | 02:58:57 |
| 22 | Q. What's your basis for saying that there were | 02:59:08 |
| 23 | communications between lawyers acting for the claimants as | 02:59:11 |
| 24 | well? | 02:59:14 |
| 25 | **A. My understanding was that, from time to time,** | 02:59:15 |

| | | |
|---|---|---|
| 1 | Mr. Lipe had spoken to lawyers for the claimants to discuss | 02:59:20 |
| 2 | hearings. That's my understanding. | 02:59:25 |
| 3 | MR. LIPE: Just so there's no confusion, we're not | 02:59:35 |
| 4 | claiming those as privileged, if that's what you're | 02:59:37 |
| 5 | concerned about. I don't think you asked about | 02:59:41 |
| 6 | communications with claimant's lawyers claimed as privilege. | 02:59:45 |
| 7 | That's not the case. | 02:59:48 |
| 8 | MR. KAPLAN: I'm not. | 02:59:50 |
| 9 | Q. Are there any other understandings between | 03:00:04 |
| 10 | CMS, Congo or SNPC, other than those which we've discussed | 03:00:09 |
| 11 | today? | 03:00:17 |
| 12 | A. I can't recollect any. | 03:00:17 |
| 13 | Q. CMS is currently extracting oil under the | 03:00:26 |
| 14 | Marine 1 permit? | 03:00:29 |
| 15 | A. Is currently? | 03:00:32 |
| 16 | Q. Currently extracting oil under the Marine 1 | 03:00:33 |
| 17 | permit? | 03:00:36 |
| 18 | A. Correct. | 03:00:37 |
| 19 | Q. Has there ever been a period of time during | 03:00:38 |
| 20 | which -- after the wells were drilled that CMS hasn't | 03:00:42 |
| 21 | extracted oil from the field? | 03:00:49 |
| 22 | MR. LIPE: I object to the form. | 03:00:52 |
| 23 | A. Well CMS were the operator of the Marine 1 | 03:00:53 |
| 24 | permit. At some stage after the wells were drilled | 03:00:59 |
| 25 | I suspect they must have been shut in. And, subsequently, | 03:01:03 |

Roland Fox                    Connecticut v Congo                    30th November 2006

| | | |
|---|---|---|
| 1 | when the necessary terminal facilities were prepared then | 03:01:06 |
| 2 | extraction would have started. There may well have been | 03:01:10 |
| 3 | interruptions for production difficulties or the like. | 03:01:14 |
| 4 |     Q. But there have been -- | 03:01:17 |
| 5 |     A. But overall the production has continued since | 03:01:19 |
| 6 | 1991. | 03:01:23 |
| 7 |     Q. Okay. When was the last royalty lifting | 03:01:26 |
| 8 | taken? | 03:01:34 |
| 9 |     A. The last royalty lifting was taken in April of | 03:01:39 |
| 10 | 2006. It was more than a royalty lifting, of course, | 03:01:42 |
| 11 | because SNPC's working interest oil was also lifted at the | 03:01:54 |
| 12 | time. | 03:01:58 |
| 13 |     Q. Does SNPC always take its interest oil in | 03:02:01 |
| 14 | a lifting at the same time it takes the Congo's royalty | 03:02:07 |
| 15 | lifting? | 03:02:12 |
| 16 |     A. Yes. I believe it's obliged that the two | 03:02:13 |
| 17 | things happen simultaneously, as on the date on which these | 03:02:15 |
| 18 | liftings began in kind rather than there being a cash | 03:02:21 |
| 19 | royalty. | 03:02:24 |
| 20 |     Q. And when is the next royalty due? | 03:02:25 |
| 21 |     A. The next -- we understand that SNPC -- well, | 03:02:33 |
| 22 | SNPC is entitled to take the next lifting. We forecast it, | 03:02:35 |
| 23 | at the moment, some time around the end of December, but | 03:02:40 |
| 24 | SNPC has not nominated a date as yet. It is entitled to the | 03:02:44 |
| 25 | next lifting then, assuming, of course, that it complies | 03:02:50 |

Page 153

Merrill Legal Services
(+44) 207 404 1400
www.merrillcorp.com
190 Fleet Street
London EC4A 2AG