Roland Fox — Connecticut v Congo — 30th November 2006

| | | |
|---|---|---|
| 1 | with the requirements for nomination. | 03:03:02 |
| 2 | Q. And are you aware of when the lawsuit we're | 03:03:04 |
| 3 | here about today began? Do you know the date? | 03:03:07 |
| 4 | A. I believe it's October 2005. | 03:03:11 |
| 5 | Q. Well, do you know when -- when the lawsuit | 03:03:15 |
| 6 | actually began? | 03:03:19 |
| 7 | A. October 2005. | 03:03:19 |
| 8 | Q. Are you aware that CMS was served with | 03:03:24 |
| 9 | Af-Cap's request for garnishment writs in this action at the | 03:03:29 |
| 10 | end of August of 2005? | 03:03:33 |
| 11 | A. I thought the writ was October. I may be | 03:03:41 |
| 12 | wrong, but I thought it was October. That was my | 03:03:43 |
| 13 | recollection. I suspect you're probably right. | 03:03:45 |
| 14 | Q. Are you aware that writs of garnishment were | 03:03:53 |
| 15 | ordered in this case on September 30th, 2005? | 03:03:56 |
| 16 | MR. LIPE: I object to the form. | 03:03:59 |
| 17 | A. No. I thought it was some time in October. | 03:04:01 |
| 18 | I'm sure we were served in October. | 03:04:04 |
| 19 | Q. Then you'll agree with me on October 12th, | 03:04:07 |
| 20 | 2005 writs of garnishment were served on CMS in this case? | 03:04:09 |
| 21 | MR. LIPE: I object to the form. | 03:04:14 |
| 22 | A. Was it writs or --? I don't know. Who did | 03:04:16 |
| 23 | you serve them on? Sorry, I'm not supposed to ask | 03:04:19 |
| 24 | questions. I'm not sure whether they were served on CMS or | 03:04:22 |
| 25 | not. | 03:04:26 |

Roland Fox                    Connecticut v Congo                    30th November 2006

| | | |
|---|---|---|
| 1 | Q. That's fine. They were served | 03:04:28 |
| 2 | on October 12th, 2005 on CMS corporate representative in | 03:04:30 |
| 3 | Delaware. Were you aware of that? | 03:04:34 |
| 4 | MR. LIPE: I object to the form. | 03:04:37 |
| 5 | A. I was aware there was a writ issued on or | 03:04:39 |
| 6 | served on 12th October. Whether it was validly served or | 03:04:44 |
| 7 | not I'm not in a position to answer because that's a matter | 03:04:48 |
| 8 | of US law. | 03:04:52 |
| 9 | Q. And it's correct that the writ hasn't been | 03:04:59 |
| 10 | dismissed? | 03:05:02 |
| 11 | A. It has not been dismissed. Indeed, I'm not | 03:05:04 |
| 12 | even sure it was validly issued, but that's a matter, again, | 03:05:19 |
| 13 | of US law. | 03:05:23 |
| 14 | Q. I show you Exhibit 13. | 03:05:24 |
| 15 | (Exhibit 13 marked for identification). | 03:05:27 |
| 16 | Q. Have you seen this document before? | 03:05:48 |
| 17 | A. Yes. | 03:05:50 |
| 18 | Q. What is this document? | 03:05:55 |
| 19 | A. It's a document sent by CMS to the Congo | 03:05:56 |
| 20 | showing statistics of production and barrels lifted | 03:05:59 |
| 21 | in October. It contains also a list of the -- contains also | 03:06:05 |
| 22 | a schedule of the under/over lifts and various other items. | 03:06:12 |
| 23 | Q. And this is statistics for October 2005? | 03:06:21 |
| 24 | A. It talks here about the production that was | 03:06:26 |
| 25 | commercializable in October 2005 -- | 03:06:31 |

Roland Fox                Connecticut v Congo                30th November 2006

| | | |
|---|---|---|
| 1 | Q. And what is -- | 03:06:40 |
| 2 | A. -- and the volume of oil that had been lifted | 03:06:42 |
| 3 | in October 2005 which, as you can see, was zero. | 03:06:44 |
| 4 | Q. What does "Production commercialisable" mean? | 03:06:56 |
| 5 | A. It's the total production less the production | 03:07:01 |
| 6 | that had been utilized in production operations, in -- | 03:07:03 |
| 7 | during the relevant period. | 03:07:11 |
| 8 | Q. You said this reflects that there was no | 03:07:21 |
| 9 | lifting taken? | 03:07:23 |
| 10 | A. Correct. | 03:07:24 |
| 11 | Q. And why would no lifting have been taken? | 03:07:25 |
| 12 | A. Because there wasn't sufficient oil in the | 03:07:27 |
| 13 | conkouati to make a lifting sensible. | 03:07:30 |
| 14 | Q. And these statistics for October 2005, which | 03:07:34 |
| 15 | is the same month that the garnishment was served; correct? | 03:07:41 |
| 16 | A. Correct. | 03:07:45 |
| 17 | Q. Item 3 -- | 03:07:46 |
| 18 | A. Hmm. | 03:07:49 |
| 19 | Q. -- on page 1575, which is page 1 -- | 03:07:49 |
| 20 | A. Hmm. | 03:07:54 |
| 21 | Q. -- what is "Redevance comptabilsTe" mean? | 03:07:54 |
| 22 | A. This is the calculations -- the | 03:08:02 |
| 23 | computations -- it is described in the documentation of the | 03:08:03 |
| 24 | royalty -- that will otherwise or that will eventually | 03:08:07 |
| 25 | become taken by way of barrels of oil at the time that SNPC | 03:08:10 |

Merrill Legal Services
(+44) 207 404 1400
www.merrillcorp.com
190 Fleet Street
London EC4A 2AG

Roland Fox | Connecticut v Congo | 30th November 2006

| | | |
|---|---|---|
| 1 | Q. Okay. What is Nuevo Congo and Nuevo Congo | 03:14:31 |
| 2 | Limited share? | 03:14:36 |
| 3 | A. 16.67%. | 03:14:37 |
| 4 | Q. 16? | 03:14:40 |
| 5 | A. .67%. | 03:14:42 |
| 6 | Q. Just so I'm clear about this, and so the | 03:14:44 |
| 7 | record is clear, the number on page 1 of this document, | 03:14:47 |
| 8 | document -- Exhibit 13, is a calculation which takes into | 03:14:50 |
| 9 | account the royalty for each of the working interest owners | 03:14:54 |
| 10 | proportionately that would be due to the Congo? | 03:14:59 |
| 11 | A. It -- yes, it's a combination of all the | 03:15:02 |
| 12 | royalties that are ultimately taken. | 03:15:05 |
| 13 | Q. It's Nuevo's Congo 16.67%, it is Nuevo's Congo | 03:15:07 |
| 14 | Limited, CMS Nomeco's percentage and SNPC's percentage, | 03:15:15 |
| 15 | which was 14.5%; right? | 03:15:20 |
| 16 | A. That is correct, yes. | 03:15:23 |
| 17 | Q. And who is Mr. Faillenet? | 03:15:24 |
| 18 | A. He's the General Manager in Congo. | 03:15:28 |
| 19 | Q. And he's responsible for preparing these | 03:15:32 |
| 20 | documents? | 03:15:34 |
| 21 | A. I believe they will be prepared by the | 03:15:35 |
| 22 | accountant in Congo and signed off by Eric Faillenet. | 03:15:37 |
| 23 | Q. Can you give me the name of the accountant? | 03:15:45 |
| 24 | A. Arnaud Le Blanc -- A-r-n-a-u-d, new word L-e, | 03:15:49 |
| 25 | new word B-l-a-n-c. | 03:15:55 |

Page 160

Merrill Legal Services
(+44) 207 404 1400
www.merrillcorp.com
190 Fleet Street
London EC4A 2AG

Roland Fox　　　　　　　　Connecticut v Congo　　　　　　　　30th November 2006

| | | |
|---|---|---|
| 1 | Q. And is page 1 a summary of the underlying | 03:16:05 |
| 2 | documents attached to Exhibit 13? | 03:16:08 |
| 3 | A. I mean, a summary -- I summary of certain | 03:16:11 |
| 4 | elements of it, yes. | 03:16:14 |
| 5 | Q. Okay. And what is page 2 telling us? | 03:16:15 |
| 6 | A. It's -- it's a -- it's a list of the net | 03:16:18 |
| 7 | production or the real production, sorry, compared to what | 03:16:24 |
| 8 | had been provisioned. So it's an updated list of how much | 03:16:28 |
| 9 | off the estimates the production actually was. | 03:16:34 |
| 10 | Q. Okay. And page 3 is a pricing schedule? | 03:16:37 |
| 11 | A. Yes, the oil that's produced isn't normal | 03:16:43 |
| 12 | crude oil, it is number 6 fuel oil; and this is the prices | 03:16:46 |
| 13 | at which number 6 fuel oil is sold. | 03:16:51 |
| 14 | Q. On page 1578, what are these diagrams? What | 03:17:08 |
| 15 | are these? | 03:17:12 |
| 16 | A. They're a list of the oil in storage -- the | 03:17:13 |
| 17 | oil actually on the conkouati. It talks about, for | 03:17:18 |
| 18 | instance, what the API is, its quality, effectively. Some | 03:17:21 |
| 19 | oil is wet oil, some is condensate, and this is just | 03:17:26 |
| 20 | comparing the inventory, the various items. | 03:17:32 |
| 21 | Q. And there's an opening stock/closing stock, is | 03:17:37 |
| 22 | that -- what does that relate to? | 03:17:40 |
| 23 | A. That would represent the amount on the tanker | 03:17:42 |
| 24 | at the beginning of the period and at the end. | 03:17:44 |
| 25 | Q. And then there on 1579. Is this an updated -- | 03:17:46 |

| | | |
|---|---|---|
| 1 | A. Over/under lift statement. | 03:17:55 |
| 2 | Q. Over/under? | 03:17:56 |
| 3 | A. Yes. | 03:17:58 |
| 4 | Q. Okay. And the shaded portions of the | 03:17:58 |
| 5 | under/over, are those -- do they represent the SNPC royalty | 03:18:01 |
| 6 | lifting -- the SNPC/JOA portion as well as the royalty | 03:18:09 |
| 7 | lifting? | 03:18:14 |
| 8 | A. Correct. | 03:18:14 |
| 9 | Q. And then if you look at -- if we look at the | 03:18:21 |
| 10 | one from 26th November 2000 -- let's look | 03:18:25 |
| 11 | at September 7th -- | 03:18:36 |
| 12 | A. What's the lifting number on the left? It is | 03:18:38 |
| 13 | the second column in. | 03:18:40 |
| 14 | Q. 130. We'll look at number 130. | 03:18:43 |
| 15 | A. Right. Okay. | 03:18:45 |
| 16 | Q. This would be a CMS lifting; correct? | 03:18:46 |
| 17 | A. Yes. | 03:18:50 |
| 18 | Q. Okay. And it was 435,000 barrels? | 03:18:50 |
| 19 | A. Correct. | 03:18:57 |
| 20 | Q. How was the selling price represented? | 03:18:59 |
| 21 | A. It's the $43.9038. | 03:19:02 |
| 22 | Q. Okay. Okay. So I can calculate how much you | 03:19:08 |
| 23 | sold the oil for if I multiplied the number of barrels by | 03:19:14 |
| 24 | that amount of dollars? | 03:19:20 |
| 25 | A. Exactly, yes. | 03:19:22 |

Roland Fox                Connecticut v Congo              30th November 2006

|  |  |  |
|---|---|---|
| 1 | Q. And then there's a notation here for 130 | 03:19:23 |
| 2 | royalty in the activities column? | 03:19:30 |
| 3 | A. Yes. | 03:19:32 |
| 4 | Q. What does that mean? | 03:19:32 |
| 5 | A. That's the computation of the royalty that | 03:19:33 |
| 6 | will become taken by the Government at the time of the next | 03:19:39 |
| 7 | SNPC lifting. | 03:19:45 |
| 8 | Q. So CMS is keeping a running tally -- | 03:19:46 |
| 9 | A. Of what will ultimately become taken by the | 03:19:49 |
| 10 | Government, yes. | 03:19:52 |
| 11 | Q. And then this reference to tax maritime? | 03:19:55 |
| 12 | A. Yes. | 03:20:00 |
| 13 | Q. Lift 130. What -- what is that? | 03:20:00 |
| 14 | A. That's the issue that we've discussed earlier | 03:20:04 |
| 15 | on, the off-set. | 03:20:06 |
| 16 | Q. And by that you mean the off-set? | 03:20:08 |
| 17 | A. Yes. | 03:20:09 |
| 18 | Q. And what -- so it's -- is that a negative | 03:20:10 |
| 19 | number? | 03:20:13 |
| 20 | A. Yes, it's a -- I mean, it's a -- it was | 03:20:14 |
| 21 | a charge that, as I've explained before, has been met by | 03:20:19 |
| 22 | CMS; it's compensated its lifters and it's been -- CMS has | 03:20:24 |
| 23 | then deducted a barrel equivalent of that value in the | 03:20:31 |
| 24 | calculation of the Government's entitlement. | 03:20:36 |
| 25 | Q. And then is that based on an actual number | 03:20:41 |

Page 163

Roland Fox　　　　　　　　Connecticut v Congo　　　　　　30th November 2006

| | | |
|---|---|---|
| 1 | that CMS would have to pay or is that -- | 03:20:44 |
| 2 | A. Yes, there's a -- under the terms of the -- | 03:20:47 |
| 3 | I think it was 1998 decree, it spelled out how the maritime | 03:20:51 |
| 4 | tax is calculated; and essentially it's -- it's something | 03:20:57 |
| 5 | like $2 a barrel to one Government entity -- $2, sorry not | 03:21:03 |
| 6 | per barrel per metric ton, to one Government entity and | 03:21:11 |
| 7 | 60 cents per metric ton to another Government entity. | 03:21:16 |
| 8 | Q. I'm familiar with the 99 decree, I'm just | 03:21:23 |
| 9 | not -- | 03:21:27 |
| 10 | A. I'm sorry. It may be the 99 decree. | 03:21:28 |
| 11 | Q. Is it the September 1999 decree that you're | 03:21:32 |
| 12 | referring to? | 03:21:35 |
| 13 | A. It's the one that imposed the maritime tax. | 03:21:36 |
| 14 | MR. LIPE: That's not the September 99 decree. | 03:21:39 |
| 15 | It's amongst the documents that we sent over to you this | 03:21:41 |
| 16 | week. | 03:21:46 |
| 17 | Q. We will go back through. Dates are starting | 03:21:47 |
| 18 | to get confusing. | 03:21:50 |
| 19 | MR. LIPE: I understand. | 03:21:52 |
| 20 | Q. Then the last reference in the activities | 03:21:53 |
| 21 | column, "2nd qtr 05 royalty". What does that mean? | 03:21:57 |
| 22 | A. The royalty are paid -- sorry, the royalties | 03:22:08 |
| 23 | are calculated usual initially on a basis of 85% of the | 03:22:11 |
| 24 | total; and then, on a quarterly basis, it's corrected. | 03:22:16 |
| 25 | Q. Why is that? | 03:22:20 |

Roland Fox            Connecticut v Congo            30th November 2006

| | | |
|---|---|---|
| 1 | A. It's what the Convention provides for. | 03:22:20 |
| 2 | Q. Then it's trued up each quarter under the | 03:22:24 |
| 3 | Convention? | 03:22:27 |
| 4 | A. Exactly, yes. | 03:22:28 |
| 5 | Q. Under section 7 of the Convention; correct? | 03:22:29 |
| 6 | A. I think it's in the appendix to the | 03:22:32 |
| 7 | Convention. I think that's where it's dealt with. | 03:22:34 |
| 8 | Q. Then, if we -- we can come back to that? | 03:23:06 |
| 9 | A. Yeah. | 03:23:09 |
| 10 | Q. I'm not concerned exactly where it is in the | 03:23:09 |
| 11 | Convention, but it derived from the Convention? | 03:23:11 |
| 12 | A. Exactly, yes. | 03:23:15 |
| 13 | Q. Then lifting 131? | 03:23:17 |
| 14 | A. Yeah. | 03:23:19 |
| 15 | Q. That would be an SNPC lifting; correct? | 03:23:19 |
| 16 | A. Correct, yes. | 03:23:22 |
| 17 | Q. And the barrels category, can you read that? | 03:23:25 |
| 18 | A. Yes, it's 605,004. | 03:23:34 |
| 19 | Q. And then there's a deduction in the next | 03:23:38 |
| 20 | paragraph over/under SNPC? | 03:23:41 |
| 21 | A. Yeah, that's 373,420, I think. | 03:23:43 |
| 22 | Q. And it's a negative number; so can you explain | 03:23:51 |
| 23 | that number? | 03:23:56 |
| 24 | A. It's the amount of the -- it's the amount of | 03:23:56 |
| 25 | the over lift by SNPC on that lifting. | 03:23:58 |

Merrill Legal Services
(+44) 207 404 1400           www.merrillcorp.com           190 Fleet Street
London EC4A 2AG

Roland Fox                Connecticut v Congo                30th November 2006

| | | |
|---|---|---|
| 1 | Q. So they over lifted by 373,420? | 03:24:01 |
| 2 | A. On that lifting, yes. | 03:24:07 |
| 3 | Q. On that lifting. And by over lift -- what | 03:24:08 |
| 4 | would they have been entitled to? | 03:24:11 |
| 5 | A. 12.5% of 605,004. | 03:24:14 |
| 6 | Q. I see. And so the over/under to the | 03:24:17 |
| 7 | Government then is negative 155,960? | 03:24:21 |
| 8 | A. What you have -- you have to think in terms of | 03:24:32 |
| 9 | what SNPC took and what it was entitled to. What it | 03:24:34 |
| 10 | actually took for itself was the 605 less the Government | 03:24:38 |
| 11 | share of 155. So that the balance -- so the Government took | 03:24:43 |
| 12 | its own oil -- own royalty oil of 155. So the difference | 03:24:48 |
| 13 | between the 605 and 155 is what SNPC actually took. | 03:24:54 |
| 14 | However, they're only entitled to 12.5% of that 605 due to | 03:24:58 |
| 15 | the provisions of the JOA. The difference between what they | 03:25:03 |
| 16 | actually took and what they were entitled to is that number, | 03:25:06 |
| 17 | 373. | 03:25:10 |
| 18 | Q. And you said the difference between what they | 03:25:27 |
| 19 | actually took and what they were entitled to is the 373 | 03:25:32 |
| 20 | number, that's the negative number? | 03:25:37 |
| 21 | A. That is correct, yes. So that shows they had | 03:25:39 |
| 22 | over lifted on that lifting by that quantity. | 03:25:41 |
| 23 | Q. Okay. In the last column the 155,360; is that | 03:25:43 |
| 24 | correct? | 03:25:51 |
| 25 | A. Yes. | 03:25:52 |

Roland Fox    Connecticut v Congo    30th November 2006

1  Q. What does that number represent?    03:25:53
2  A. That represents the amount of -- the number of    03:25:55
3  barrels of oil taken by the Government by way of royalty    03:26:00
4  oil.    03:26:03
5  Q. Okay. So that's the same as the number, the    03:26:04
6  negative number prior to it?    03:26:07
7  A. Yes. It off-sets one another effectively.    03:26:09
8  Q. The overall effect of this lifting is that    03:26:13
9  CMS -- is that SNPC is in a negative over/under position    03:26:16
10 and --    03:26:20
11 A. Had -- I'm sorry.    03:26:21
12 Q. -- correct?    03:26:24
13 A. Had over lifted by 375,000 barrels on that    03:26:25
14 lifting.    03:26:28
15 Q. Okay. And what effect does that have in    03:26:28
16 calculating -- in the next -- when the next lifting is    03:26:31
17 taken?    03:26:34
18 A. What you have to do is to add up all of the    03:26:35
19 under/over lifts for SNPC and by doing so, which is    03:26:37
20 basically all the ones in that column we've just been    03:26:43
21 looking at, and then you will be able to tell the cumulative    03:26:47
22 over/under lifting position of SNPC; and that, together with    03:26:52
23 any royalty oil to be taken by the Government, would    03:26:58
24 determine when SNPC was entitled to take the next lifting.    03:27:01
25 It's that number you take into account in determining when    03:27:06

Merrill Legal Services
(+44) 207 404 1400
www.merrillcorp.com
190 Fleet Street
London EC4A 2AG

Roland Fox　　　　　　　Connecticut v Congo　　　　　30th November 2006

| | | |
|---|---|---|
| 1 | you hit the 275. | 03:27:10 |
| 2 | Q. So to get to the 275 you subtract the | 03:27:15 |
| 3 | over/unders, the SNPC's over/under positions? | 03:27:18 |
| 4 | A. From day one. | 03:27:23 |
| 5 | Q. From day one? | 03:27:24 |
| 6 | A. Yeah. | 03:27:25 |
| 7 | Q. And then you have to add in the amount of oil | 03:27:25 |
| 8 | that CMS is accumulating? | 03:27:29 |
| 9 | A. No. | 03:27:33 |
| 10 | Q. No? | 03:27:33 |
| 11 | A. No. You'd then add in the computations -- the | 03:27:34 |
| 12 | relevant computations for the Government royalty oil; and | 03:27:37 |
| 13 | when you add the two together and that becomes more than 275 | 03:27:40 |
| 14 | SNPC is entitled to take the next lifting. | 03:27:46 |
| 15 | Q. And that returns us, then, to paragraph 3 | 03:27:50 |
| 16 | of -- to item 3 of the first page, which is that 70 barrels | 03:27:52 |
| 17 | this month are factored in to the over/under position? | 03:28:00 |
| 18 | A. Yes. What you'll see there, you see, in that | 03:28:13 |
| 19 | last section at the bottom of the page for the lifting 131, | 03:28:16 |
| 20 | the royalty oil computation for that lifting is 70.388, | 03:28:19 |
| 21 | which then is then -- it is actually 386 sorry, which is | 03:28:26 |
| 22 | then the number that appears on the first page of this | 03:28:33 |
| 23 | document. | 03:28:36 |
| 24 | Q. I see. The calculation is beginning again for | 03:28:51 |
| 25 | when they get to the 275? | 03:28:55 |

Page 168

Merrill Legal Services
(+44) 207 404 1400

www.merrillcorp.com

190 Fleet Street
London EC4A 2AG

Roland Fox                    Connecticut v Congo                    30th November 2006

| | | |
|---|---|---|
| 1 | A. Yes, it's -- from that point you then try -- | 03:28:57 |
| 2 | add the two elements together; and eventually you come to | 03:29:00 |
| 3 | a stage when the 275 is hit, at which point SNPC is entitled | 03:29:03 |
| 4 | to make a nomination for the next lifting. | 03:29:07 |
| 5 | Q. And then there's two numbers under the barrel | 03:29:10 |
| 6 | in the "O/U SNPC" column. Is that 2.953 down there at the | 03:29:13 |
| 7 | bottom? | 03:29:21 |
| 8 | A. 2953, yes. | 03:29:22 |
| 9 | Q. Then negative 2953? | 03:29:23 |
| 10 | A. Yes. | 03:29:25 |
| 11 | Q. What is -- what are those numbers? | 03:29:26 |
| 12 | A. Those are the lifting costs associated with | 03:29:28 |
| 13 | that which, as you can see, is around $150,000, which is the | 03:29:30 |
| 14 | number we come back to that we discussed earlier this | 03:29:35 |
| 15 | morning. | 03:29:39 |
| 16 | Q. Oh, so part of their -- part of CMS's -- | 03:29:41 |
| 17 | I'm sorry -- | 03:29:44 |
| 18 | A. No, this is SNPC. | 03:29:45 |
| 19 | Q. Sorry. Part of SNPC's negative -- the | 03:29:47 |
| 20 | calculation of SNPC's negative position includes the | 03:29:51 |
| 21 | operating costs which CMS is entitled to subtract? | 03:29:56 |
| 22 | A. The $150,000 worth of lifting costs. | 03:30:02 |
| 23 | Q. Right. | 03:30:06 |
| 24 | A. As you can see, each barrel on this particular | 03:30:06 |
| 25 | lifting is worth around $50. It's around 3,000 barrels, so | 03:30:09 |

Merrill Legal Services
(+44) 207 404 1400
www.merrillcorp.com
190 Fleet Street
London EC4A 2AG