| # | | Time |
|---|---|---|
| 1 | it's -- that's where the number comes from. | 03:30:16 |
| 2 | Q. And the NS Concept was the vessel that picked | 03:30:20 |
| 3 | up this lifting? | 03:30:27 |
| 4 | A. That would appear to be the case, yes. | 03:30:30 |
| 5 | Q. How soon before a vessel docks does CMS have | 03:30:32 |
| 6 | notice that a vessel is coming? | 03:30:39 |
| 7 | A. SNPC is, under the terms of the amendment to | 03:30:41 |
| 8 | the lifting agreement, obliged to give 25 days' notice to | 03:30:44 |
| 9 | say that a -- that it wishes to take a lifting. It | 03:30:48 |
| 10 | nominates the vessel; and then, I believe, there's | 03:30:53 |
| 11 | a notification shortly beforehand to say when the vessel | 03:30:59 |
| 12 | will arrive. | 03:31:04 |
| 13 | Q. And I'm just going to mark this as Exhibit 14. | 03:31:32 |
| 14 | (Exhibit 14 marked for identification) | 03:31:36 |
| 15 | A. Thank you. | 03:31:51 |
| 16 | Q. Mr. Fox, this is the statistics | 03:31:55 |
| 17 | for October 2006. It's the same -- | 03:31:59 |
| 18 | A. Yes. | 03:32:03 |
| 19 | Q. -- type of document that we just walked | 03:32:03 |
| 20 | through; correct? | 03:32:06 |
| 21 | A. Hmm, hmm. | 03:32:07 |
| 22 | Q. And this reflects that just last month's | 03:32:08 |
| 23 | production, October 2006; correct? | 03:32:10 |
| 24 | A. Yes. | 03:32:13 |
| 25 | Q. Now, who -- who receives -- who receives these | 03:32:14 |

Page 170

Merrill Legal Services
(+44) 207 404 1400
www.merrillcorp.com
190 Fleet Street
London EC4A 2AG

| | | |
|---|---|---|
| Roland Fox | Connecticut v Congo | 30th November 2006 |

| | | |
|---|---|---|
| 1 | documents? | 03:32:17 |
| 2 | A. It's sent to the Government. I -- actually, | 03:32:18 |
| 3 | when I say it's sent to the Government I suspect -- | 03:32:22 |
| 4 | I believe it's sent to SNPC, not to the Government at all, | 03:32:26 |
| 5 | or maybe it is sent to both. | 03:32:29 |
| 6 | Q. On the 05 one it is sent to the Government? | 03:32:37 |
| 7 | A. I mean, it could be it's sent to both. | 03:32:41 |
| 8 | Q. Let's just finish off going through 05, the 05 | 03:32:50 |
| 9 | one -- | 03:32:56 |
| 10 | A. Actually, I think it's clear because it is | 03:32:56 |
| 11 | copied to the SNPC at the bottom. So this must be sent to | 03:32:59 |
| 12 | the Government. | 03:33:02 |
| 13 | Q. Okay. Okay. After the over/under page, which | 03:33:03 |
| 14 | is 1579, then we get to 1580? | 03:33:09 |
| 15 | A. Sorry, where? | 03:33:13 |
| 16 | Q. On document 13 -- | 03:33:15 |
| 17 | MR. LIPE: He's gone back to 13. | 03:33:18 |
| 18 | Q. I just want to follow up on 13 and finish it | 03:33:20 |
| 19 | off for us. | 03:33:23 |
| 20 | A. Okay. | 03:33:24 |
| 21 | Q. The -- 1580. What is the production? The | 03:33:36 |
| 22 | production reference of September 2005, that's the metric | 03:33:40 |
| 23 | tons that -- | 03:33:45 |
| 24 | A. Yes, yeah. | 03:33:46 |
| 25 | Q. That were produced that month? | 03:33:47 |

| | | |
|---|---|---|
| 1 | A. Correct. | 03:33:49 |
| 2 | Q. And then the next column; what is that | 03:33:50 |
| 3 | representing? | 03:33:58 |
| 4 | A. That's sales during the month. | 03:33:59 |
| 5 | Q. Okay. And then the "Redevance"? | 03:34:01 |
| 6 | A. Royalty. | 03:34:09 |
| 7 | Q. And that's calculated in dollars per each | 03:34:11 |
| 8 | working interest owner; correct? | 03:34:15 |
| 9 | A. Correct. | 03:34:18 |
| 10 | Q. So this is the breakout that we were | 03:34:24 |
| 11 | struggling with earlier that leads to the 3.575 million and | 03:34:26 |
| 12 | change calculation -- | 03:34:32 |
| 13 | A. Yes. | 03:34:33 |
| 14 | Q. -- which is then translated into barrels of | 03:34:33 |
| 15 | oil based upon the market price; correct? | 03:34:36 |
| 16 | A. Correct. | 03:34:38 |
| 17 | Q. And then the next page, which is 1581, is | 03:35:01 |
| 18 | this -- what is this reporting? | 03:35:14 |
| 19 | A. There are certain costs that are allowed to be | 03:35:19 |
| 20 | deducted before you make the calculation of the royalty, | 03:35:23 |
| 21 | again governed by Article 7 of the Convention. Internal | 03:35:26 |
| 22 | transport, as you can see, has got a zero figure. There are | 03:35:33 |
| 23 | other costs related there that you are entitled to take into | 03:35:37 |
| 24 | account before you start making your calculation; and those | 03:35:40 |
| 25 | are -- those are the costs that are associated. | 03:35:44 |

Merrill Legal Services
(+44) 207 404 1400
www.merrillcorp.com
190 Fleet Street
London EC4A 2AG

Roland Fox		Connecticut v Congo		30th November 2006

| | | |
|---|---|---|
| 1 | Q. Costs associated with deductions prior to | 03:35:50 |
| 2 | calculating the royalty? | 03:35:53 |
| 3 | A. Yes. These are costs which the Convention | 03:35:55 |
| 4 | allows you to deduct before you make your royalty | 03:35:56 |
| 5 | calculation. | 03:36:00 |
| 6 | Q. But that doesn't include the maritime tax | 03:36:01 |
| 7 | off-set or the off-set for the production costs? | 03:36:03 |
| 8 | A. The lifting costs. | 03:36:07 |
| 9 | Q. The operating costs? | 03:36:08 |
| 10 | A. The lifting costs. | 03:36:09 |
| 11 | Q. The lifting costs? | 03:36:10 |
| 12 | A. Yes. | 03:36:12 |
| 13 | Q. Okay. Those are represented elsewhere or | 03:36:12 |
| 14 | they're -- | 03:36:15 |
| 15 | A. They're, as we've seen already, in that | 03:36:16 |
| 16 | document, in that statement. | 03:36:18 |
| 17 | Q. In the over/under lift? | 03:36:21 |
| 18 | A. Yes. | 03:36:23 |
| 19 | Q. And then 1582. Tell me what this is | 03:36:23 |
| 20 | reporting. | 03:36:30 |
| 21 | A. This is talking about the -- it's -- the total | 03:36:31 |
| 22 | volume of oil exported is the 91 million -- 91,000 tons with | 03:36:37 |
| 23 | a value of $30 million. The share -- the work -- | 03:36:44 |
| 24 | entitlement share of CMS being 25% is the $7 million, which | 03:36:55 |
| 25 | would be a quarter of the 30. | 03:37:03 |

Merrill Legal Services
(+44) 207 404 1400

www.merrillcorp.com

190 Fleet Street
London EC4A 2AG

Roland Fox                Connecticut v Congo              30th November 2006

| | | |
|---|---|---|
| 1 | Q. Hmm, hmm. | 03:37:10 |
| 2 | A. The 654 is the cost, which we've already | 03:37:10 |
| 3 | discussed on the previous page, which are deductible before | 03:37:15 |
| 4 | you calculate the royalty. So that's its share of that | 03:37:21 |
| 5 | number. So, basically, 654 is 25% of the number calculated | 03:37:26 |
| 6 | on the previous page, the 1,668. | 03:37:32 |
| 7 | Q. And then? | 03:37:35 |
| 8 | A. And that gives you the basis on which you | 03:37:36 |
| 9 | calculate the royalty delivery for the Government. And it | 03:37:38 |
| 10 | goes on then to talk about the fact that CMS has to pay to | 03:37:43 |
| 11 | a royalty of 14.5%; and also refers to the fact that the | 03:37:49 |
| 12 | SNPC royalty is also a responsibility of the other working | 03:37:55 |
| 13 | interest owners, as provided for in the JOA. | 03:37:59 |
| 14 | Now, as SNPC has a 14.5% royalty the two numbers | 03:38:04 |
| 15 | work out the same. | 03:38:11 |
| 16 | Q. Under the JOA the other working interest | 03:38:12 |
| 17 | owners are responsible for SNPC's portion of the royalty? | 03:38:14 |
| 18 | A. Correct. | 03:38:18 |
| 19 | Q. Okay. And then -- | 03:38:19 |
| 20 | A. And so the second -- the second number is 50% | 03:38:23 |
| 21 | of the share of SNPC. | 03:38:28 |
| 22 | Q. You say the second number, what are you | 03:38:34 |
| 23 | referring to? | 03:38:37 |
| 24 | A. Where it talks about -- where there are two | 03:38:37 |
| 25 | numbers which are the same, 1,013,000. | 03:38:43 |

Merrill Legal Services
(+44) 207 404 1400          www.merrillcorp.com          190 Fleet Street
London EC4A 2AG

| | | |
|---|---|---|
| 1 | Q. Hmm, hmm. | 03:38:47 |
| 2 | A. Now, the first one relates to CMS land the | 03:38:48 |
| 3 | second one relates to the CMS's responsibility in respect of | 03:38:50 |
| 4 | SNPC. The reason that those two numbers are the same is | 03:38:54 |
| 5 | that CMS and SNPC both pay 14.5%. CMS is obliged to pay 50% | 03:38:58 |
| 6 | proportionately, obviously; and the other parties are | 03:39:04 |
| 7 | obliged -- the Nuevo parties pay 50% of the SNPC share. | 03:39:04 |
| 8 | Q. That's how we get the same number? | 03:39:09 |
| 9 | A. The same number, yeah. | 03:39:11 |
| 10 | Q. And, then, the total to the -- is that? | 03:39:13 |
| 11 | A. That's the total royalty that -- the total | 03:39:15 |
| 12 | computation of the royalty is the 1.7 million. 85% of that | 03:39:17 |
| 13 | is the initial figure that appears in the documentation; and | 03:39:22 |
| 14 | then the final 15% gets sorted out -- again, as we've | 03:39:26 |
| 15 | discussed, earlier in that quarterly adjustment. | 03:39:31 |
| 16 | Q. On the true up each quarter? | 03:39:35 |
| 17 | A. Yeah. And then the numbers at the bottom are | 03:39:37 |
| 18 | basically the 1.7 each -- CMS's share and the SNPC share of | 03:39:40 |
| 19 | the royalty. | 03:39:45 |
| 20 | Q. And the reason why it's not the 3 million | 03:39:50 |
| 21 | number is because it doesn't take into account -- | 03:39:52 |
| 22 | A. The Nuevo. | 03:39:56 |
| 23 | Q. The Nuevo and the Nomeco. | 03:39:58 |
| 24 | A. Exactly -- no, the two Nuevo companies. | 03:39:59 |
| 25 | Q. I'm sorry. That's right. Thank you. And all | 03:40:06 |

| | | |
|---|---|---|
| 1 | of these calculations are done in dollars? | 03:40:13 |
| 2 | A. Yes. | 03:40:17 |
| 3 | Q. And the detail -- then there's a line and the | 03:40:22 |
| 4 | detail of the royalty to the payer on the same page 1582? | 03:40:30 |
| 5 | A. Sorry, where are you looking at? | 03:40:36 |
| 6 | Q. The detail. | 03:40:38 |
| 7 | A. Yes. So what that's saying is you go back-up | 03:40:39 |
| 8 | to the number above which is the total royalty, which is the | 03:40:41 |
| 9 | 1.7. The CMS responsibility or the CMS -- the royalty that | 03:40:44 |
| 10 | applies in respect of the CMS entitlement interest is the | 03:40:50 |
| 11 | first figure; and the amount that CMS is responsible for | 03:40:56 |
| 12 | under the terms of the JOA regarding the SNPC royalty | 03:41:00 |
| 13 | obligation is the second element. | 03:41:05 |
| 14 | Q. Okay. What is page 1583, detail? | 03:41:08 |
| 15 | A. It's exactly the same for Nuevo Congo. | 03:41:20 |
| 16 | Q. It is just the Nuevo Congo calculation? | 03:41:24 |
| 17 | A. Yes. | 03:41:27 |
| 18 | Q. And then the next page is -- | 03:41:28 |
| 19 | A. The other Nuevo company. | 03:41:32 |
| 20 | Q. The Nuevo Congo Limited calculation? | 03:41:36 |
| 21 | A. Yes. | 03:41:39 |
| 22 | Q. Both of these pages are just reflecting their | 03:41:40 |
| 23 | share of the royalty due to the Congo? | 03:41:44 |
| 24 | A. It's reflecting -- it's their share of the | 03:41:46 |
| 25 | computation of the royalty that ultimately is taken by the | 03:41:48 |

| # | | Time |
|---|---|---|
| 1 | Congo at the time of the next SNPC lifting. | 03:41:51 |
| 2 | Q. And the very last page of this is the | 03:41:59 |
| 3 | calculation for SNPC? | 03:42:00 |
| 4 | A. Exactly the same process for SNPC. | 03:42:02 |
| 5 | Q. Thank you for that. How you doing? Do you | 03:42:16 |
| 6 | want to keep marching on or you want to take a break? | 03:42:19 |
| 7 | A. I'm okay for the time being. At some stage | 03:42:23 |
| 8 | I will want to go to the loo, but I'll wait for a bit | 03:42:26 |
| 9 | longer. | 03:42:29 |
| 10 | MR. LIPE: If you want to finish. Maybe we can | 03:42:30 |
| 11 | finish 14. Or you think you don't need to go through 14? | 03:42:32 |
| 12 | MR. KAPLAN: I think that after his explanation on | 03:42:38 |
| 13 | how the -- the calculation on 14 is the same calculation | 03:42:40 |
| 14 | it's just for a different -- it's just for last month's | 03:42:42 |
| 15 | production. | 03:42:46 |
| 16 | A. Exactly, yes. | 03:42:48 |
| 17 | Q. Have there been any changes in the way CMS | 03:42:48 |
| 18 | does its calculations from October 2005 to 2006? | 03:42:52 |
| 19 | A. No. If you follow the same process for this | 03:42:56 |
| 20 | other document you will reach the same conclusions. | 03:43:02 |
| 21 | Q. The over/under sheet looks -- I just want to | 03:43:07 |
| 22 | go to the over/under check which is at 17 -- | 03:43:10 |
| 23 | A. Are we on Exhibit 13? | 03:43:17 |
| 24 | Q. 14 now. | 03:43:21 |
| 25 | A. 13 or 14? | 03:43:22 |

Merrill Legal Services
(+44) 207 404 1400
www.merrillcorp.com
190 Fleet Street
London EC4A 2AG

| | | |
|---|---|---|
| 1 | Q. 14. | 03:43:24 |
| 2 | A. Right. | 03:43:24 |
| 3 | Q. So this does not have an estimate for when the | 03:43:25 |
| 4 | next SNPC lifting -- 137 is the last lifting referenced | 03:43:28 |
| 5 | here. | 03:43:35 |
| 6 | A. I -- I think -- let's have a look. No, it | 03:43:36 |
| 7 | does. You'll see that on the right-hand side if you look at | 03:43:42 |
| 8 | the 174,995. | 03:43:49 |
| 9 | Q. Aha. | 03:43:51 |
| 10 | A. That is the Government -- you see 206,411 at | 03:43:52 |
| 11 | the bottom? | 03:43:56 |
| 12 | Q. Yes. | 03:43:58 |
| 13 | A. That is the amount that ultimately will be | 03:43:58 |
| 14 | taken by the Government by way of royalty. You deduct from | 03:44:04 |
| 15 | that the SNPC over lift, which is the 31,000. And so the | 03:44:09 |
| 16 | number on the right-hand side, the 174, shows that the date | 03:44:18 |
| 17 | this document was produced, which is the 13th -- 13th | 03:44:21 |
| 18 | of November, the Government and SNPC together had not yet | 03:44:25 |
| 19 | reached the 275 figure; but as of now, as I'm told by | 03:44:31 |
| 20 | Mr. Faillenet they have, so -- which is why they will take | 03:44:45 |
| 21 | the next lifting. | 03:44:49 |
| 22 | Q. If you look at 1726 of Exhibit 14 and | 03:45:40 |
| 23 | page 1582 of Exhibit 13. I'm sorry, I was -- I'm sorry, | 03:45:46 |
| 24 | apples with oranges? | 03:45:56 |
| 25 | A. Yeah. | 03:46:00 |

Merrill Legal Services
(+44) 207 404 1400
www.merrillcorp.com
190 Fleet Street
London EC4A 2AG

| | | |
|---|---|---|
| 1 | MR. KAPLAN: Okay. I'm done with those two | 03:46:30 |
| 2 | documents, so if you want to take the break now. | 03:46:32 |
| 3 | MR. LIPE: Sure, that's fine. | 03:46:39 |
| 4 | A. Okay. | 03:46:41 |
| 5 | (3:46 p.m.) | 03:46:42 |
| 6 | (Short Break) | 03:46:47 |
| 7 | (3:53 p.m.) | 03:53:04 |
| 8 | Q. I have a series of the documents that we've | 03:53:06 |
| 9 | just been looking at that I'm just going to look with you | 03:53:09 |
| 10 | briefly. You don't need to go through all the calculations | 03:53:14 |
| 11 | again. | 03:53:16 |
| 12 | A. Right. | 03:53:17 |
| 13 | Q. The first one I'm handing you is what's | 03:53:18 |
| 14 | Exhibit 15. | 03:53:21 |
| 15 | (Exhibit 15 marked for identification) | 03:53:30 |
| 16 | Q. This is the statistics for September 2005; | 03:53:30 |
| 17 | correct? | 03:53:33 |
| 18 | A. Yes. | 03:53:34 |
| 19 | Q. And this shows that there was, in that month, | 03:53:34 |
| 20 | 49.960 barrels of royalty oil accumulated? | 03:53:41 |
| 21 | A. Computed, yes. It's -- this was the royalty | 03:53:47 |
| 22 | oil computed on the lifting that took place on the -- | 03:53:52 |
| 23 | in August, I think. | 03:54:02 |
| 24 | Q. On the lifting that took place in when, | 03:54:05 |
| 25 | I'm sorry? | 03:54:07 |

| | | |
|---|---|---|
| 1 | A. It looks like it's the -- in August -- have | 03:54:08 |
| 2 | you -- have you got the previous statement -- | 03:54:11 |
| 3 | Q. I don't. | 03:54:17 |
| 4 | A. -- for the month of August 2005 -- | 03:54:19 |
| 5 | Q. But if we go to the over/under sheet -- | 03:54:22 |
| 6 | A. Yes, this -- what it says there is | 03:54:25 |
| 7 | 2 million barrels -- actually, yes if you've got the | 03:54:27 |
| 8 | over/under sheet that would be easier. There was an -- | 03:54:31 |
| 9 | Q. Well, it's -- you were saying what is -- it | 03:54:37 |
| 10 | says after "Messieurs" we have -- what do we have? | 03:54:41 |
| 11 | A. "We have the pleasure to transmit to you the | 03:54:44 |
| 12 | following statistics: commercialised production", as we've | 03:54:47 |
| 13 | explained 258,000 barrels; volume lifted | 03:54:52 |
| 14 | in September 605,000 barrels, royalty $2 million being X | 03:54:56 |
| 15 | number of barrels royalty relating to the month | 03:55:15 |
| 16 | of August 2005. | 03:55:19 |
| 17 | Q. And you say that that represents the | 03:55:26 |
| 18 | computation of the royalty? | 03:55:28 |
| 19 | A. Yes. Yeah. Yes. | 03:55:30 |
| 20 | Q. Does Congo -- does Congo -- have you talked to | 03:55:32 |
| 21 | Congo about providing these statistics to them? Has CMS | 03:55:40 |
| 22 | talked to Congo about providing these statistics to them? | 03:55:43 |
| 23 | A. I have no idea whether there have been any | 03:55:46 |
| 24 | discussions on it, but it is the form that has been used for | 03:55:50 |
| 25 | many years and is obviously acceptable to both CMS and the | 03:55:55 |