| # | | |
|---|---|---|
| 1 | Congo. | 03:55:58 |
| 2 | Q. Do you know why CMS represents the royalty to | 03:55:59 |
| 3 | them on a monthly basis? | 03:56:02 |
| 4 | A. So that they have an idea as to how much | 03:56:04 |
| 5 | ultimately they will be entitled to receive on the next SNPC | 03:56:06 |
| 6 | lifting. | 03:56:14 |
| 7 | Q. Now, this -- this document shows that Congo | 03:56:23 |
| 8 | took or SNPC, on Congo's behalf, took a royalty lifting | 03:56:25 |
| 9 | of -- | 03:56:31 |
| 10 | A. Sorry. | 03:56:32 |
| 11 | Q. Took a royalty lifting in August? | 03:56:33 |
| 12 | A. No. I'm not sure that's correct, actually. | 03:56:35 |
| 13 | Q. I think if you look on page 1564? | 03:56:46 |
| 14 | A. Yes, the 20th -- the 20th of September. | 03:56:53 |
| 15 | Q. Is that not -- | 03:57:01 |
| 16 | A. The royalty there in paragraph 3 relates to | 03:57:02 |
| 17 | the September lifting. | 03:57:04 |
| 18 | Q. Relates to the September royalty lifting? | 03:57:07 |
| 19 | A. The September lifting which was partly royalty | 03:57:09 |
| 20 | oil and partly of SNPC working interest oil or ... | 03:57:11 |
| 21 | Q. Okay. | 03:57:17 |
| 22 | MR. LIPE: I don't want there to be any confusion. | 03:57:25 |
| 23 | I'm not sure that's right, Roland. | 03:57:28 |
| 24 | A. Am I looking? Am I looking at -- | 03:57:32 |
| 25 | MR. LIPE: This is lifting 130. | 03:57:36 |

Roland Fox                     Connecticut v Congo                30th November 2006

| | | |
|---|---|---|
| 1 | A. Yes, which is the -- I'm sorry, yes. | 03:57:46 |
| 2 | Q. 131 is the royalty lifting; correct? This | 03:57:49 |
| 3 | reflects 130, lifting 130; and 131 is the royalty lifting? | 03:57:54 |
| 4 | A. Yes. Do you have the over/under lift | 03:58:02 |
| 5 | statement we were looking at a minute ago? | 03:58:07 |
| 6 | Q. It's attached to the document at page 1571. | 03:58:09 |
| 7 | A. Hmm, hmm. Yeah, 131 was the royalty lifting. | 03:58:13 |
| 8 | Q. That would be the October -- the October | 03:58:33 |
| 9 | statement we looked at earlier reflects that lifting? | 03:58:35 |
| 10 | A. Yes. | 03:58:38 |
| 11 | Q. Then if you go to Exhibit 16, which is | 03:59:21 |
| 12 | document 1637, which I will give to you. | 03:59:24 |
| 13 | (Exhibit 16 marked for identification) | 03:59:28 |
| 14 | A. Right. | 03:59:30 |
| 15 | Q. And this is the statistics for March of 2006? | 03:59:54 |
| 16 | A. Yes. Relating to -- I'm sorry -- yes, they | 04:00:05 |
| 17 | are. | 04:00:09 |
| 18 | Q. And I'm going to give you 17 at the same time. | 04:00:10 |
| 19 | (Exhibit 17 marked for identification) | 04:00:14 |
| 20 | Q. Why don't we start with 17 and work back to | 04:00:40 |
| 21 | 16; okay? | 04:00:43 |
| 22 | A. Right. Yes. | 04:00:44 |
| 23 | Q. 17 is the statistics for September of 2006 -- | 04:00:45 |
| 24 | A. Hmm, hmm. | 04:00:50 |
| 25 | Q. Okay. And there's some handwriting in the | 04:00:52 |

Merrill Legal Services
(+44) 207 404 1400    www.merrillcorp.com    190 Fleet Street
London EC4A 2AG

| Roland Fox | Connecticut v Congo | 30th November 2006 |

| # | | |
|---|---|---|
| 1 | right-hand side of the page. Do you know whose handwriting | 04:00:56 |
| 2 | that is? | 04:00:59 |
| 3 | A. No. | 04:01:03 |
| 4 | Q. You don't know what that note is referring to? | 04:01:08 |
| 5 | A. Well, it says the name of someone from SNPC, | 04:01:11 |
| 6 | we received 13th October. I'm wondering. I think that | 04:01:15 |
| 7 | might be the signature of Arnaud Le Blanc. I'm not sure | 04:01:20 |
| 8 | though. | 04:01:26 |
| 9 | Q. Okay. And then the royalty, paragraph 3 or | 04:01:26 |
| 10 | item 3, reflects a zero dollar value. Is that because | 04:01:32 |
| 11 | a royalty lifting was taken in August? | 04:01:37 |
| 12 | A. No. | 04:01:46 |
| 13 | Q. Why is there a zero -- | 04:01:46 |
| 14 | A. Is that because -- was there a lifting at all | 04:01:49 |
| 15 | in August? I don't think there was. That's why. The | 04:01:51 |
| 16 | liftings took place in June and September. There was | 04:01:59 |
| 17 | no August lifting and therefore that's why the zero is | 04:02:02 |
| 18 | there. | 04:02:05 |
| 19 | Q. Okay. Why -- why is the zero there? | 04:02:06 |
| 20 | A. Because there was no lifting. | 04:02:08 |
| 21 | Q. There was? | 04:02:10 |
| 22 | A. No lifting and therefore no computation to do | 04:02:11 |
| 23 | a lifting on. | 04:02:14 |
| 24 | If you look at the under/over statement you will | 04:02:21 |
| 25 | see there was a lifting in April 06, a lifting in June 06 | 04:02:23 |

Roland Fox                    Connecticut v Congo                    30th November 2006

| | | |
|---|---|---|
| 1 | A. 100%. | 06:07:19 |
| 2 | Q. Okay. So then at the ultimate -- ultimate -- | 06:07:20 |
| 3 | if you could just mark that on there too, please. | 06:07:25 |
| 4 | A. Okay. | 06:07:28 |
| 5 | Q. The ultimate holding of the French oil group | 06:07:29 |
| 6 | emanates from the Perenco structure which is ultimately held | 06:07:34 |
| 7 | by both Perrodos? | 06:07:39 |
| 8 | A. That's correct. | 06:07:41 |
| 9 | Q. Hubert and -- | 06:07:42 |
| 10 | A. And Francois. | 06:07:43 |
| 11 | Q. And Francois? | 06:07:45 |
| 12 | A. That's correct. | 06:07:47 |
| 13 | Q. Does Francois have any positions within the | 06:07:47 |
| 14 | Perenco oil group? | 06:07:52 |
| 15 | A. He is an employee of Perenco Holdings. | 06:07:53 |
| 16 | Q. Which is the -- | 06:07:57 |
| 17 | A. Company that employs staff in the UK. | 06:08:00 |
| 18 | Q. Okay. And he's resident here in the UK? | 06:08:04 |
| 19 | A. He is. | 06:08:08 |
| 20 | Q. Okay. Do either of the Perrodo brothers have | 06:08:08 |
| 21 | interest in or do they sit on the Board of Congo Rep? | 06:08:22 |
| 22 | A. No. | 06:08:26 |
| 23 | Q. No. Do either of them have any other business | 06:08:27 |
| 24 | interest in Congo that you're aware of? | 06:08:33 |
| 25 | A. No. | 06:08:35 |

Page 248

Roland Fox                Connecticut v Congo               30th November 2006

| | | |
|---|---|---|
| 1 | Q. No that you're aware of or they -- | 06:08:37 |
| 2 | A. They have no other business interest in Congo | 06:08:41 |
| 3 | other than through the oil holdings which we've already | 06:08:43 |
| 4 | dealt with. | 06:08:47 |
| 5 | Q. Okay. Getting back to Lankan, Inc., which was | 06:08:49 |
| 6 | the Delaware Corporation -- | 06:08:56 |
| 7 | A. Right. | 06:09:00 |
| 8 | Q. -- what is -- what is their corporate charter, | 06:09:07 |
| 9 | say in Delaware? What is their purpose for -- | 06:09:10 |
| 10 | A. I presume it's a standard Delaware charter; | 06:09:14 |
| 11 | I can't imagine it's got anything special attached to it. | 06:09:17 |
| 12 | Q. From a practical standpoint, what is -- what | 06:09:21 |
| 13 | is Lankan -- where does Lankan fit within oil -- the Perenco | 06:09:26 |
| 14 | oil business structure? What is -- what is Lankan's | 06:09:32 |
| 15 | purpose? | 06:09:41 |
| 16 | A. If we're talking about the Delaware company, | 06:09:41 |
| 17 | it was the vehicle that was used to acquire CMS Oil and Gas | 06:09:44 |
| 18 | (International) Company. | 06:09:49 |
| 19 | Q. And it was set up by Perenco prior to -- | 06:09:50 |
| 20 | A. For the purposes of the acquisition. | 06:09:53 |
| 21 | Q. Okay. Okay. And then CMS Nomeco Congo, Inc., | 06:09:56 |
| 22 | that is now the Bahamas corporation which was a Delaware | 06:10:12 |
| 23 | LLC; right? | 06:10:15 |
| 24 | A. That's correct, yes. | 06:10:17 |
| 25 | Q. Why did CMS Inc. move to the Bahamas? | 06:10:30 |

Merrill Legal Services
(+44) 207 404 1400            www.merrillcorp.com            190 Fleet Street
London EC4A 2AG

Roland Fox                Connecticut v Congo                30th November 2006

| | | |
|---|---|---|
| 1 | A. It's a more taxable -- more tax beneficially | 06:10:33 |
| 2 | place to operate out of. All our companies normally are | 06:10:37 |
| 3 | Bahamas based corporations; and it ensures we would not have | 06:10:41 |
| 4 | to spend further money on being subject to new garnishment | 06:10:45 |
| 5 | writs in the US. | 06:10:51 |
| 6 | Q. And that was done despite the institution of | 06:10:54 |
| 7 | two lawsuits -- at least two lawsuits in Delaware of which | 06:10:56 |
| 8 | I'm aware -- of this lawsuit and a lawsuit that was started | 06:11:00 |
| 9 | by a company called Walker International? | 06:11:06 |
| 10 | A. The conversion and continuance in the Bahamas | 06:11:08 |
| 11 | has no impact on the existing lawsuits in Delaware; that has | 06:11:14 |
| 12 | already been stated to you in this case. I think Mr. Lipe | 06:11:21 |
| 13 | sent you an e-mail saying this was a possibility and | 06:11:24 |
| 14 | confirmed it would have no impact whatsoever on the existing | 06:11:27 |
| 15 | lawsuits. | 06:11:31 |
| 16 | Q. So is it CMS's position that for the -- for | 06:11:32 |
| 17 | this case if judgment is rendered in favor of Af-Cap they | 06:11:37 |
| 18 | will have no impediment to collecting the judgment from CMS? | 06:11:46 |
| 19 | A. The -- I can't think of any that there would | 06:11:53 |
| 20 | be. There's -- this move was intended to have no impact | 06:11:56 |
| 21 | whatsoever on the existing garnishment litigation. It was | 06:12:01 |
| 22 | one of the reasons for the move was to ensure that we | 06:12:06 |
| 23 | didn't -- we weren't subject to new garnishment litigation. | 06:12:09 |
| 24 | Having spent $3 million in legal fees, there comes a time | 06:12:14 |
| 25 | when you have to say you've had enough. | 06:12:18 |

Merrill Legal Services
(+44) 207 404 1400
www.merrillcorp.com
190 Fleet Street
London EC4A 2AG