IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
                                                                       :
WALKER INTERNATIONAL HOLDINGS, LTD.,                                   :
                                                                       :
                    Plaintiff,                                         :
                                                                       :   Civil Action No. 05-156 SLR
            - against -                                                :
                                                                       :
THE REPUBLIC OF CONGO and CAISSE CONGOLAISE                            :
D'AMORTISSEMENT,                                                       :
                                                                       :
                    Defendants.                                        :
                                                                       :
---------------------------------------------------------------------- x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of James W. Perkins, Esq., of the law firm of Greenberg Traurig, LLP, to represent the Plaintiff.

Dated: January 12, 2007

_____
Donald J. Detweiler (No. 3087)
Dennis A. Meloro (No. 4435)
*Attorneys for Plaintiff*
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Tel: (302) 661-7000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
James W. Perkins
Greenberg Traurig, LLP
MetLife Building, 200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: January ___, 2007

_____
Sue L. Robinson
Chief Judge United States District Court