IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
WALKER INTERNATIONAL HOLDINGS LTD.,   :

            Plaintiff,   :

     - against -   :   Civil Action No. 05-156 SLR

THE REPUBLIC OF CONGO   :

            Defendant   :
                                                       :
------------------------------------------------------------------ x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

     Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Kenneth P. Kaplan, Esquire, of the law firm of Greenberg Traurig, LLP, to represent the Plaintiff.

Dated: January 18, 2007

Donald J. Detweiler (No. 3087)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Tel.: (302) 661-7000

Attorneys for Plaintiff

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

     Pursuant to Local Rule 83.5, I certify that I, am admitted, practicing, and in good standing as a member of the Bar of the State of Maryland, the District of Columbia, the U.S. Court of Appeals for the District of Columbia Circuit, the U.S. District Court for the District of Columbia and the District of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Kenneth P. Kaplan
Greenberg Traurig, LLP
800 Connecticut Ave., N.W., Suite 500
Washington, DC 20006
Tel: (202) 331-3100

## ORDER GRANTING MOTION

     IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2007

Sue L. Robinson
Chief Judge United States District Court