IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 05-762-SLR |
| THE REPUBLIC OF CONGO, | ) ) | |
| Defendant, | ) ) | |
| CMS NOMECO CONGO INC., | ) ) | |
| Garnishee. | ) | |
| WALKER INTERNATIONAL HOLDINGS, LTD., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Misc. No. 05-156-SLR |
| THE REPUBLIC OF CONGO, | ) ) | |
| Defendant, | ) ) | |
| CMS NOMECO CONGO INC., | ) ) | |
| Garnishee. | ) | |

**O R D E R**

At Wilmington this 19th of January, 2007, having conferred with counsel;

IT IS ORDERED that:

1. All discovery is stayed in the above captioned cases, pending further of the court, to allow the parties to brief

various threshold legal issues as identified in open court at the January 18, 2007 discovery conference.

2. Plaintiff's motions for emergency relief filed in the above cases (Civ. No. 05-762-SLR, D.I. 66; Misc. No. 05-156-SLR, D.I. 35) are denied without prejudice to renew, as the issues addressed in said motions overlap the legal issues which shall be addressed in separate briefing.

_____
United States District Judge