UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER INTERNATIONAL HOLDINGS LIMITED | : |
| | : |
| **Plaintiff** | : |
| | : |
| v. | : Civil Action No. 05-156 SLR |
| | : |
| REPUBLIC OF THE CONGO, et al., | : |
| | : |
| **Defendants** | : |

PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

Pursuant to Rule 41(a)(1)(i), Fed. R. Civ. P., plaintiff, Walker International Holdings Limited ("Walker"), by and through undersigned counsel, hereby notices its dismissal of the instant case. The dispute with Defendant/Judgment Creditor, the Republic of Congo ("Congo"), has been resolved and, thus, there is no longer a case and controversy between Walker and Congo. At the time of this filing, Congo has not served an answer or motion for summary judgment.

1

|  |  |
|---|---|
| Dated: March 9, 2007 | GREENBERG TAURIG, LLP |

/s/ Dennis A. Meloro
Donald J. Detweiler (No. 3087)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
(302) 661-7000

    and

Kenneth P. Kaplan
Sanford M. Saunders
800 Connecticut Avenue, N.W., Suite 500
Washington, DC  20006
(202) 331-3100

    and

James W. Perkins
MetLife Building
200 Park Avenue
New York, NY  10166
(212)801-9200


Counsel to Walker International
Holdings, Ltd.