UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **WALKER INTERNATIONAL HOLDINGS LIMITED** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 05-156 SLR |
| | : | |
| **REPUBLIC OF THE CONGO, et al.,** | : | |
| | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I am an attorney at Greenberg Traurig, LLP, counsel for the Plaintiff, and that on March 9, 2007, copies of the following were served upon the parties listed below in the manner indicated.

- *Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(i)*
- *Letter to Chief Judge Robinson re: Notices of Dismissal*

VIA HAND DELIVERY
M. Duncan Grant, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

VIA U.S. MAIL
Guy Lipe, Esquire
Jason Powers, Esquire
Vinson & Elkins LLP
First City Tower
1001 Fannin Street, Suite 2300
Houston, TX 77002

Dated: March 9, 2007

/s/ Dennis A. Meloro
Dennis A. Meloro (No. 4435)
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
The Nemours Building
Wilmington, DE 19801
(302) 661-7000

Attorneys for the Plaintiff