# Greenberg Traurig

Donald J. Detweiler
(302) 661-7667
detweilerd@gtlaw.com

March 9, 2007

*Via Hand*

Chief Judge Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Lock Box 31
Wilmington, DE 19801

RE:   Connecticut Bank of Commerce v. The Republic of Congo,
      Civil Action No. 05-762 SLR
      Walker International Holdings Ltd v. The Republic of Congo,
      Civil Action No. 05-156 SLR

Dear Chief Judge Robinson:

Enclosed please find courtesy copies of Notices of Dismissal filed today in the above-captioned cases. As indicated in the Notices, the respective plaintiffs have settled the debt underlying these actions with Judgment Debtor, Republic of Congo. Accordingly, these matters no longer present live cases or controversies.

Should Your Honor have any questions or concerns, counsel remain at the convenience of the Court.

Respectfully submitted,

*Donald Detweiler*

Donald J. Detweiler (DE #3087)

cc:   M. Duncan Grant, Esquire (via electronic mail)
      James W. Perkins, Esquire (via electronic mail)

DEL-FS1\166988v02

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

*Strategic Alliance
Tokyo Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | The Nemours Building | 1007 North Orange Street | Suite 1200 | Wilmington, DE 19801
Tel 302.661.7000 | Fax 302.661.7360                                                                                      www.gtlaw.com