IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
                                                                         :
CONNECTICUT BANK OF COMMERCE,                                            :
                                                                         :
          Plaintiff,                                                    :
                                                                         :   Civil Action No. 05-762 SLR
   - against -                                                         :
                                                                         :
THE REPUBLIC OF CONGO,                                                   :
                                                                         :
          Defendant,                                                    :
                                                                         :
CMS NOMECO CONGO INC.,                                                   :
                                                                         :
          Garnishee.                                                    :
------------------------------------------------------------------------ x

**CERTIFICATE OF SERVICE**

    I hereby certify that I am an attorney at Greenberg Traurig, LLP, counsel for the Plaintiff, and that on March 9, 2007, copies of the following were served upon the parties listed below in the manner indicated.

- *Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(i)*
- *Letter to Chief Judge Robinson re: Notices of Dismissal*

| VIA HAND DELIVERY | VIA U.S. MAIL |
|---|---|
| M. Duncan Grant, Esquire | Guy Lipe, Esquire |
| James C. Carignan, Esquire | Jason Powers, Esquire |
| Pepper Hamilton LLP | Vinson & Elkins LLP |
| Hercules Plaza, Suite 5100 | First City Tower |
| 1313 N. Market Street | 1001 Fannin Street, Suite 2300 |
| Wilmington, DE 19801 | Houston, TX 77002 |

Dated: March 9, 2007        /s/ Dennis A. Meloro
                                        Dennis A. Meloro (No. 4435)
                                        Greenberg Traurig, LLP
                                        1007 North Orange Street, Suite 1200
                                        The Nemours Building
                                        Wilmington, DE 19801
                                        (302) 661-7000

                                        Attorneys for the Plaintiff